| | |
|---|---|
| 1 | MAYER, BROWN, ROWE & MAW LLP |
| | MICHAEL A. MOLANO (SBN 171057) |
| 2 |    *mmolano@mayerbrownrowe.com* |
| | SHIRISH GUPTA (SBN 205584) |
| 3 |    *sgupta@mayerbrownrowe.com* |
| | JOSHUA M. MASUR (SBN 203510) |
| 4 |    *jmasur@mayerbrownrowe.com* |
| | Two Palo Alto Square, Suite 300 |
| 5 | 3000 El Camino Real |
| | Palo Alto, Califonia 94306-2112 |
| 6 | Telephone: (650) 331-2000 |
| | Facsimile: (650) 331-2060 |
| 7 | |
| | Attorneys for Defendant and Counterclaimant |
| 8 | MARVELL SEMICONDUCTOR, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 13 | INTELLIGRAPHICS, INC., | Case No. C-07-2499 JCS |
| 14 |    *Plaintiff and* | **CERTIFICATION PURSUANT TO FED.** |
| |    *Counterdefendant,* | **R. CIV. P. 7.1 AND CIV. L.R. 3-16** |
| 15 | | |
| |    v. | |
| 16 | | |
| | MARVELL SEMICONDUCTOR, INC., | |
| 17 | | |
| |    *Defendant and* | |
| 18 |    *Counterclaimant.* | |

     Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that Defendant and Counterclaimant Marvell Semiconductor, Inc. is a wholly-owned subsidiary of Marvell Technology Group Limited, a Bermuda corporation.

/ /

/ /

/ /

/ /

/ /

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

Dated: July 6, 2007

Respectfully submitted,

MAYER, BROWN, ROWE & MAW LLP

By: */s/*
    Joshua M. Masur

Attorneys for Defendant
and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

-2-
CERTIFICATION PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 3-16
CASE NO. C-07-2499 JCS

PADB01 44038342.7 04-JUL-07 23:23