
MAYER, BROWN, ROWE & MAW LLP
MICHAEL A. MOLANO (SBN 171057)
   *mmolano@mayerbrownrowe.com*
SHIRISH GUPTA (SBN 205584)
   *sgupta@mayerbrownrowe.com*
JOSHUA M. MASUR (SBN 203510)
   *jmasur@mayerbrownrowe.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, Califonia 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INTELLIGRAPHICS, INC.,<br><br>    *Plaintiff and Counterdefendant,*<br><br>    *v.*<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>    *Defendant and Counterclaimant.* | Case No. C-07-2499 JCS<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE PROPOSED SEALED VERSION OF MARVELL'S ANSWER AND COUNTERCLAIMS**<br><br>**DECLARATION OF JOSHUA M. MASUR**<br><br>**[PROPOSED] ORDER**<br><br>**[CIV. L.R. 79-5(C)]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE THAT**, pursuant to Civil Local Rules 7-11 and 79-5(c), Defendant and Counterclaimant Marvell Semiconductor, Inc.. ("Marvell") respectfully submits this Administrative Motion to File Under Seal the Proposed Sealed Version of Marvell's Answer and Counterclaims. This motion is accompanied by the Declaration of Joshua M. Masur in support ("Masur Decl.") and the Proposed Order herein. In addition, pursuant to Civil Local Rule 79-5(c), Marvell has served and caused to be lodged with this Court two copies of the Proposed Sealed Version of Marvell's Answer and Counterclaims, with exhibits thereto.

1 | Marvell is filing a redacted, public version of its Answer and Counterclaims electronically.

2 | Sections 9.1 and 9.3 of the Software Development and Licensing Agreement ("SDLA")[1] at the center of this case memorialize the parties' agreement to keep confidential "the specific terms and conditions and existence of this Agreement." As such, the SDLA and the Amendments thereto are "protectable as a trade secret," and eligible for sealing under Civil Local Rule 79-5(a). The existence of the SDLA already has been disclosed publicly by Plaintiff and Counterdefendant Intelligraphics, Inc. ("Intelligraphics"), both in this action and in the prior action filed in Texas by Intelligraphics, and Marvell does not seek to unring that bell. However, the SDLA entitles Marvell to maintain the confidentiality of the specific terms and conditions contained therein, which provisions include, *inter alia*, competitively sensitive information about Marvell's product development plans and schedule, including relevant development milestones and specifications. *See* Masur Decl., ¶ 3. Although not dispositive, Marvell notes that a sister court, the District Court for the Northern District of Texas, granted Marvell's motion to seal the SDLA in prior litigation between the parties. *See* Masur Decl., ¶ 4 and Ex. A. Accordingly, Marvell has created and will electronically file a public version of its Answer and Counterclaims, which redacts only the confidential exhibits and quotations therefrom. *See* Masur Decl., ¶ 5.

THEREFORE, Marvell respectfully seeks leave pursuant to Rule 79-5(c) to file under seal the Proposed Sealed Version of its Answer and Counterclaims.

Dated: July 6, 2007

Respectfully submitted,

MAYER, BROWN, ROWE & MAW LLP

By: */s/*
JOSHUA M. MASUR

Attorneys for Defendant
and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

---

[1] A true and correct copy of the SDLA is attached as Exhibit A to the Proposed Sealed Version of Marvell's Answer and Counterclaims. *See* Masur Decl., ¶ 2.

# DECLARATION OF JOSHUA M. MASUR

1. I am an attorney admitted to practice in the state of California and before this Court. I am an associate with the law firm of Mayer, Brown, Rowe & Maw LLP, counsel for Defendant and Counterclaimant Marvell Semiconductor, Inc. ("Marvell") in the above-titled action. I make this declaration, as required by Civ. L.R. 79-5(c)(1), in support of Marvell's Administrative Motion to File Under Seal the Proposed Sealed Version of Marvell's Answer and Counterclaims, filed herewith. I make this declaration based on my own personal knowledge, and could and would testify competently hereto.

2. A true and correct copy of the Software Development and Licensing Agreement ("SDLA") between Marvell and Plaintiff and Counterdefendant Intelligraphics, Inc. ("Intelligraphics") is attached as Exhibit A to the Proposed Sealed Version of Marvell's Answer and Counterclaims.

3. The provisions of the SDLA and its Amendments include, *inter alia*, competitively sensitive information about Marvell's product development plans and schedule, including relevant development milestones and specifications.

4. Attached hereto as Exhibit A is a true and correct copy of a May 3, 2007 Order, Docket No. 12, entered in the action titled *Intelligraphics, Inc. v. Marvell Semiconductor, Inc.*, No. 3:07-CV-0478-B ECF (N.D. Tex.), in which Judge Jane J. Boyle of the United States District Court for the Northern District of Texas, Dallas Division, ordered that the SDLA and unredacted documents referencing it were ordered placed under seal.

5. Marvell has created and will electronically file a public version of its Answer and Counterclaims, which redacts only the confidential exhibits and quotations therefrom, in an attempt to seal only the portions of the Answer and Counterclaims that are confidential.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of July, 2007, in Palo Alto, California.

*/s/*
Joshua M. Masur

1  **[PROPOSED] ORDER**

2

3  Having considered all the papers submitted in support of the Administrative Motion to
4  File Under Seal the Proposed Sealed Version of Marvell's Answer and Counterclaims, and
5  finding good cause, IT IS HEREBY ORDERED that the motion is GRANTED.  The Proposed
6  Sealed Version of Marvell's Answer and Counterclaims is hereby filed under seal.
7  IT IS SO ORDERED.

8

9  Dated: _____, 2007        By: _____
                                             THE HONORABLE JOSEPH C. SPERO
10                                           UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

**May 3, 2007 Order Granting Motion for Leave to File Under Seal (Docket No. 12),**
*Intelligraphics, Inc. v. Marvell Semiconductor, Inc.*, **No. 3:07-CV-0478-B ECF (N.D. Tex.)**

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 3 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| INTELLIGRAPHICS, INC., § § Plaintiff, § § v. § § MARVELL SEMICONDUCTOR, INC., § § Defendant. § | CIVIL ACTION NO. 3:07-CV-0478-B ECF |

### ORDER

Before the Court is Defendant's Motion for Leave to File Under Seal (**doc. 6**). Having considered the Motion, the Court hereby **GRANTS** the Motion.

IT IS THEREFORE, ORDERED, that the unredacted version of the document at issue, and all portions of the parties' unredacted versions of briefs and declarations referencing this document: (i) the Motion for Leave to File Under Seal, (ii) the Motion to Dismiss and Unopposed Motion to Transfer for Improper Venue, (iii) the Brief in Support of the Motion to Dismiss and Unopposed Motion to Transfer for Improper Venue and (iv) the Declaration of Bart Giordano, be and hereby are placed under seal. The Clerk of the Court is directed to file and place the said documents under seal.

SO ORDERED.

SIGNED May 3rd, 2007

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE