| | |
|---|---|
| SOMMERS & SCHWARTZ LLP<br>ANDREW H. SCHWARTZ (SBN 100210)<br>  *ahs@sommersschwartz.com*<br>FRANK F. SOMMERS, IV (SBN 109012)<br>  *ffs@sommersschwartz.com*<br>550 California Street<br>Sacramento Tower, Suite 700<br>San Francisco, California 94104<br>Telephone:  (415) 955-0925<br>Facsimile:   (415) 955-0927<br><br>Attorneys for Plaintiff and Counterdefendant<br>INTELLIGRAPHICS, INC. | MAYER, BROWN, ROWE & MAW LLP<br>MICHAEL A. MOLANO (SBN 171057)<br>  *mmolano@mayerbrownrowe.com*<br>SHIRISH GUPTA (SBN 205584)<br>  *sgupta@mayerbrownrowe.com*<br>JOSHUA M. MASUR (SBN 203510)<br>  *jmasur@mayerbrownrowe.com*<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, Califonia 94306-2112<br>Telephone: (650) 331-2000<br>Facsimile:  (650) 331-2060<br><br>Attorneys for Defendant and Counterclaimant<br>MARVELL SEMICONDUCTOR, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTELLIGRAPHICS, INC.,<br><br>　　　　*Plaintiff and*<br>　　　　*Counterdefendant,*<br><br>　　v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>　　　　*Defendant and*<br>　　　　*Counterclaimant.* | Case No. C-07-2499 JCS<br><br>**STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

　　　　WHEREAS, on May 9, 2007, this Court's Order Setting the Initial Case Management Conference and ADR Deadlines (docket no. 2) scheduled the Case Management Conference in the above-captioned matter for August 17, 2007; and

　　　　WHEREAS, due to travel plans that predate the filing of the above-captioned matter, Michael A. Molano, lead counsel for Defendant Marvell Semiconductor, Inc., will be out of the country on August 17, 2007;

　　　　THEREFORE, pursuant to Paragraph 4 of the May 9, 2007 Case Management Conference Order (docket no. 2-2), the parties jointly request that the Court reschedule the Case

1 | Management Conference currently scheduled until August 24, 2007, to permit attendance by lead
2 | counsel for both parties. All dates that depend on the date of the Case Management Conference
3 | shall be reset accordingly.
4 |     IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Submitted:     July 18, 2007

| SOMMERS & SCHWARTZ LLP | MAYER, BROWN, ROWE & MAW LLP |
|---|---|
| By: */s/*<br>    Frank F. Sommers, IV | By: */s/*<br>    Joshua M. Masur |
| Attorneys for Plaintiff and<br>Counterdefendant<br>INTELLIGRAPHICS, INC. | Attorneys for Defendant<br>and Counterclaimant<br>MARVELL SEMICONDUCTOR, INC. |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     By: _____
                                              THE HONORABLE JOSEPH C. SPERO
                                              United States Magistrate Judge