1 | Andrew Schwartz (State Bar No. 100210)
2 | Frank Sommers (State Bar No. 109012)
  | **SOMMERS & SCHWARTZ LLP**
3 | 550 California Street
  | Sacramento Tower, Suite 700
4 | San Francisco, CA 94104
  | Telephone: (415) 955-0925
5 | Facsimile: (415) 955-0927

6 | Attorneys for Plaintiff Intelligraphics, Inc.

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

10 | INTELLIGRAPHICS, INC                    Case No. C-07-2499 JCS

11 |           Plaintiff and
              Counterdefendant,              CERTIFICATION PURSUANT TO FED. R.
12 |                                         CIV. P. 7.1 AND CIV. L.R. 3-16
         vs.
13 |
     MARVEL SEMICONDUCTOR, INC.
14 |
              Defendant and
15 |          Counterclaimant.

17 |     Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3-16, the undersigned certifies that as of this
18 | date, other than the named parties, there is no such interest to report.

20 | DATED:    July 24, 2007             SOMMERS & SCHWARTZ LLP

23 |                                     By_____
                                              Frank Sommers
24 |                                           Attorneys for Plaintiff

CS:\Intelligraphics\Pleadings\Certification Pursuant to Fed R Civ P7.1.wpd