1 | MAYER, BROWN, ROWE & MAW LLP
  | MICHAEL A. MOLANO (SBN 171057)
2 |     *mmolano@mayerbrownrowe.com*
  | SHIRISH GUPTA (SBN 205584)
3 |     *sgupta@mayerbrownrowe.com*
  | JOSHUA M. MASUR (SBN 203510)
4 |     *jmasur@mayerbrownrowe.com*
  | Two Palo Alto Square, Suite 300
5 | 3000 El Camino Real
  | Palo Alto, California 94306-2112
6 | Telephone: (650) 331-2000
  | Facsimile:  (650) 331-2060

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN FRANCISCO DIVISION

| INTELLIGRAPHICS, INC., | Case No. C-07-2499 JCS |
|---|---|
| *Plaintiff and Counterdefendant,* | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE PROPOSED SEALED VERSION OF MARVELL'S FIRST AMENDED ANSWER AND COUNTERCLAIMS** |
| v. | |
| MARVELL SEMICONDUCTOR, INC., | **DECLARATION OF JOSHUA M. MASUR** |
| *Defendant and Counterclaimant.* | **[PROPOSED] ORDER** |
| | **[CIV. L.R. 79-5(C)]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Civil Local Rules 7-11 and 79-5(c), Defendant and Counterclaimant Marvell Semiconductor, Inc.. ("Marvell") respectfully submits this Administrative Motion to File Under Seal the Proposed Sealed Version of Marvell's First Amended Answer and Counterclaims.  This motion is accompanied by the supporting Declaration of Joshua M. Masur ("Masur Decl.") and the Proposed Order herein.  In addition, pursuant to Civil Local Rule 79-5(c), Marvell has served and caused to be lodged with this Court

1  two copies of the Proposed Sealed Version of Marvell's First Amended Answer and
2  Counterclaims, with exhibits thereto.  Marvell is filing a redacted, public version of its First
3  Amended Answer and Counterclaims electronically.
4       Sections 9.1 and 9.3 of the Software Development and Licensing Agreement ("SDLA")[1]
5  at the center of this case memorialize the parties' agreement to keep confidential "the specific
6  terms and conditions and existence of this Agreement."  As such, the SDLA and the
7  Amendments thereto are "protectable as a trade secret," and eligible for sealing under Civil
8  Local Rule 79-5(a).  The existence of the SDLA already has been disclosed publicly by Plaintiff
9  and Counterdefendant Intelligraphics, Inc. ("Intelligraphics"), both in this action and in the prior
10  action filed in Texas by Intelligraphics, and Marvell does not seek to unring that bell.  However,
11  the SDLA entitles Marvell to maintain the confidentiality of the specific terms and conditions
12  contained therein, which provisions include, *inter alia*, competitively sensitive information about
13  Marvell's product development plans and schedule, including relevant development milestones
14  and specifications.  *See* Masur Decl., ¶ 3.  Although not dispositive, Marvell notes that on July
15  23, 2007, this Court granted Marvell's motion to file the Proposed Sealed Version of its Answer
16  and Counterclaims, as they were originally filed, including identical exhibits to those attached to
17  Marvell's First Amended Answer and Counterclaims (Docket No. 13), and a sister court, the
18  District Court for the Northern District of Texas, granted Marvell's motion to seal the SDLA in
19  prior litigation between the parties.  *See* Masur Decl., ¶ 4 and Ex. A.  Accordingly, Marvell has
20  created and will electronically file a public version of its First Amended Answer and
21  Counterclaims, which redacts only the confidential exhibits and quotations therefrom.  *See*
22  Masur Decl., ¶ 5.
23  / /
24  / /
25  / /
26  / /

---

27  [1] A true and correct copy of the SDLA is attached as Exhibit A to the Proposed Sealed Version
28  of Marvell's First Amended Answer and Counterclaims.  *See* Masur Decl., ¶ 2.

1  //

2  THEREFORE, Marvell respectfully seeks leave pursuant to Rule 79-5(c) to file under

3  seal the Proposed Sealed Version of its First Amended Answer and Counterclaims.

Dated: July 26, 2007

Respectfully submitted,

MAYER, BROWN, ROWE & MAW LLP


By: */s/*
    JOSHUA M. MASUR

Attorneys for Defendant
and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

## DECLARATION OF JOSHUA M. MASUR

1. I am an attorney admitted to practice in the state of California and before this Court. I am an associate with the law firm of Mayer, Brown, Rowe & Maw LLP, counsel for Defendant and Counterclaimant Marvell Semiconductor, Inc. ("Marvell") in the above-titled action. I make this declaration, as required by Civ. L.R. 79-5(c)(1), in support of Marvell's Administrative Motion to File Under Seal the Proposed Sealed Version of Marvell's First Amended Answer and Counterclaims, filed herewith. I make this declaration based on my own personal knowledge, and could and would testify competently hereto.

2. A true and correct copy of the Software Development and Licensing Agreement ("SDLA") between Marvell and Plaintiff and Counterdefendant Intelligraphics, Inc. ("Intelligraphics") is attached as Exhibit A to the Proposed Sealed Version of Marvell's First Amended Answer and Counterclaims. That Exhibit, and all other Exhibits to Marvell's First Amended Answer and Counterclaims, are identical to the Exhibits attached to Marvell's Answer and Counterclaims, which the Court ordered sealed on July 23, 2007 (Docket No. 13).

3. The provisions of the SDLA and its Amendments include, *inter alia*, competitively sensitive information about Marvell's product development plans and schedule, including relevant development milestones and specifications.

4. Attached hereto as Exhibit A is a true and correct copy of a May 3, 2007 Order, Docket No. 12, entered in the action titled *Intelligraphics, Inc. v. Marvell Semiconductor, Inc.*, No. 3:07-CV-0478-B ECF (N.D. Tex.), in which Judge Jane J. Boyle of the United States District Court for the Northern District of Texas, Dallas Division, ordered that the SDLA and unredacted documents referencing it were ordered placed under seal.

5. Marvell has created and will electronically file a public version of its First Amended Answer and Counterclaims, which redacts only the confidential exhibits and quotations therefrom, in an attempt to seal only the portions of the First Amended Answer and Counterclaims that are confidential.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed this 26th day of July, 2007, in Palo Alto, California.

4                                                      */s/*
5                                                  Joshua M. Masur

1

**[PROPOSED] ORDER**

2

3   Having considered all the papers submitted in support of the Administrative Motion to
4   File Under Seal the Proposed Sealed Version of Marvell's First Amended Answer and
5   Counterclaims, and finding good cause, IT IS HEREBY ORDERED that the Motion is
6   GRANTED.  The Proposed Sealed Version of Marvell's First Amended Answer and
7   Counterclaims is hereby filed under seal.
8       IT IS SO ORDERED.

9

10  Dated: _____, 2007        By: _____
                                          THE HONORABLE JOSEPH C. SPERO
11                                        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-
ADMIN. MOT. TO FILE FIRST AMENDED ANSWER UNDER SEAL; MASUR DECL.; [PROPOSED] ORDER
CASE NO. C-07-2499 JCS

**EXHIBIT A**

**May 3, 2007 Order Granting Motion for Leave to File Under Seal (Docket No. 12),**
*Intelligraphics, Inc. v. Marvell Semiconductor, Inc.*, **No. 3:07-CV-0478-B ECF (N.D. Tex.)**

**EXHIBIT A**

**May 3, 2007 Order Granting Motion for Leave to File Under Seal (Docket No. 12),**
*Intelligraphics, Inc. v. Marvell Semiconductor, Inc.*, **No. 3:07-CV-0478-B ECF (N.D. Tex.)**

**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 3 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| INTELLIGRAPHICS, INC., | § § § § | |
| Plaintiff, | | |
| v. | § § | CIVIL ACTION NO. 3:07-CV-0478-B |
| MARVELL SEMICONDUCTOR, INC., | § § § § | ECF |
| Defendant. | | |

### ORDER

Before the Court is Defendant's Motion for Leave to File Under Seal (**doc. 6**). Having considered the Motion, the Court hereby **GRANTS** the Motion.

IT IS THEREFORE, ORDERED, that the unredacted version of the document at issue, and all portions of the parties' unredacted versions of briefs and declarations referencing this document: (i) the Motion for Leave to File Under Seal, (ii) the Motion to Dismiss and Unopposed Motion to Transfer for Improper Venue, (iii) the Brief in Support of the Motion to Dismiss and Unopposed Motion to Transfer for Improper Venue and (iv) the Declaration of Bart Giordano, be and hereby are placed under seal. The Clerk of the Court is directed to file and place the said documents under seal.

SO ORDERED.

SIGNED May _3rd_, 2007

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE