1  **[PROPOSED] ORDER**

3   Having considered all the papers submitted in support of the Administrative Motion to File Under Seal the Proposed Sealed Version of Marvell's First Amended Answer and Counterclaims, and finding good cause, IT IS HEREBY ORDERED that the Motion is GRANTED. The Proposed Sealed Version of Marvell's First Amended Answer and Counterclaims is hereby filed under seal.

   IT IS SO ORDERED.

Dated: ___July 27___, 2007    By: _____

THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

---

-6-
ADMIN. MOT. TO FILE FIRST AMENDED ANSWER UNDER SEAL; MASUR DECL.; [PROPOSED] ORDER
CASE NO. C-07-2499 JCS