1  MAYER, BROWN, ROWE & MAW LLP
   MICHAEL A. MOLANO (SBN 171057)
2     *mmolano@mayerbrownrowe.com*
   SHIRISH GUPTA (SBN 205584)
3     *sgupta@mayerbrownrowe.com*
   JOSHUA M. MASUR (SBN 203510)
4     *jmasur@mayerbrownrowe.com*
   Two Palo Alto Square, Suite 300
5  3000 El Camino Real
   Palo Alto, Califonia 94306-2112
6  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
7
   Attorneys for Defendant and Counterclaimant
8  MARVELL SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTELLIGRAPHICS, INC., | Case No. C-07-2499 JCS |
| *Plaintiff and Counterdefendant,* | **NOTICE OF CHANGE OF FIRM NAME** |
| v. | |
| MARVELL SEMICONDUCTOR, INC., | |
| *Defendant and Counterclaimant.* | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTE THAT, effective August 31, 2007, the name of the law firm of counsel of record for Defendant and Counterclaimant Marvell Semiconductor, Inc. will change from MAYER, BROWN, ROWE & MAW LLP to MAYER BROWN LLP.

Counsel's address will remain the same, other than the firm name:

>  Michael A. Molano
>  Shirish Gupta
>  Joshua M. Masur
>  MAYER BROWN LLP
>  Two Palo Alto Square, Suite 300

|   |   |
|---|---|
| 1 | 3000 El Camino Real |
| 2 | Palo Alto, Califonia 94306-2112<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060 |

Please use the new firm name in all pleadings, correspondence, and other documents after August 31, 2007.

Dated: August 21, 2007                           Respectfully submitted,

                                                 MAYER, BROWN, ROWE & MAW LLP


                                                 By: */s/*
                                                 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                     JOSHUA M. MASUR

                                                 Attorneys for Defendant
                                                 and Counterclaimant
                                                 MARVELL SEMICONDUCTOR, INC.

-2-

NOTICE OF CHANGE OF FIRM NAME
CASE NO. C-07-2499 JCS

PADB01 44039695.1 21-AUG-07 13:01