# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-02499 JCS**

**CASE NAME:  INTELLIGRAPHICS INC v. MARVELL SEMICONDUCTOR INC**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: August 24, 2007    **TIME: 10 mins** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Frank Sommers | **COUNSEL FOR DEFENDANT:**<br>Michael Molano & Joshua Masur |

**PROCEEDINGS:**                                        **RULING:**

**1. Initial Case Management Conference**               Held.

___

**ORDERED AFTER HEARING:**

Case referred to Court's ADR program for Mediation, to occur within 90 days.
Parties shall submit a stipulation if they elect private mediation.
Parties shall meet-and-confer to submit a schedule for the remainder of the case with the dispositive motion hearing date to be set 3 months before the final pretrial conference, and the last summary judgment brief to be due 3 weeks before the hearing date.
An updated joint case management conference statement shall be due by 11/21/7.

___

**ORDER TO BE PREPARED BY:**      () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**   11/30/07 at 1:30 p.m., for a further case mgmt conference.

___

**Number of Depos:** 1 ea side before next cmc          **Discovery Cutoff:**

**Expert Disclosure:**          **Expert Rebuttal:**          **Expert Discovery Cutoff:**

**Motions Hearing:**          at 9:30 a.m.
    Pretrial Conference: 04/03/09 at 1:30 p.m.

**Trial Date: 4/20/09  at 8:30 a.m.  (X)Jury     ()Court     Set for 12 days**

___

cc:     **Chambers; Karen**, ADR

* (T) = Telephonic Appearance