# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Intelligraphics, Inc., | 07-02499 JCS MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Marvell Semiconductor, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**James Isbester**
Isbester & Associates
3160 College Ave., Suite 203
Berkeley, CA 94705
510-655-3014

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02499 JCS MED                                - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: August 27, 2007

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-02499 JCS MED                    - 2 -