1  Andrew Schwartz (State Bar No. 100210)
   Frank Sommers (State Bar No. 109012)
2  **SOMMERS & SCHWARTZ LLP**
   550 California Street
3  Sacramento Tower, Suite 700
   San Francisco, CA 94104
4  Telephone: (415) 955-0925
   Facsimile: (415) 955-0927

5  Attorneys for Plaintiff Intelligraphics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELLIGRAPHICS, INC<br><br>    Plaintiff and Counter-defendant,<br><br>vs.<br><br>MARVELL SEMICONDUCTOR, INC.<br><br>    Defendant and Counter-claimant. | Case No. C-07-2499 JCS<br><br>REQUEST FOR CONFORMATION OF STIPULATION RE REFERRAL TO PRIVATE MEDIATION AND FOR CONSEQUENT RESCHEDULING OF THE PENDING CASE MANAGEMENT CONFERENCE |

PADB01 44040720.1 25-Sep-07 17:00

Pursuant to ADR Local Rule 3-3(b), the parties herein request that the Court approve a private ADR procedure substituted for the Court's Mediation Program. The parties stipulate and request that the Court order that:

1. This matter shall be privately mediated during the week of December 3rd before John Bates of JAMS/Endispute;

2. This matter shall be withdrawn from the Court-specified Mediator; and

3. The Case Management Conference currently set for November 30th shall be reset at the Court's convenience, to allow for preparation and filing of the Case Management Conference Statement not earlier than December 14, to allow for completion of the mediation.

SO STIPULATED:

DATED: September 25, 2007          SOMMERS & SCHWARTZ LLP

By _____
Frank F. Sommers
Attorneys for Plaintiff

Dated: _____          MAYER BROWN

By _____
Joshua M. Masur
Attorneys for Defendant

IT IS SO ORDERED:

_____
JOSEPH C. SPERO
United States Magistrate Judge

Stipulation and Order re Mediation and CMC

PADB01 44040720.1 25-Sep-07 17:00

1    CS:\Intelligraphics\Pleadings\Stip Re Private Mediation.wpd

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order re Mediation and CMC

PADB01 44040720.1 25-Sep-07 17:00