Andrew Schwartz (State Bar No. 100210)
Frank Sommers (State Bar No. 109012)
**SOMMERS & SCHWARTZ LLP**
550 California Street
Sacramento Tower, Suite 700
San Francisco, CA 94104
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Attorneys for Plaintiff Intelligraphics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELLIGRAPHICS, INC<br><br>    Plaintiff and Counter-defendant,<br><br>vs.<br><br>MARVELL SEMICONDUCTOR, INC.<br><br>    Defendant and Counter-claimant. | Case No. C-07-2499 JCS<br><br>REQUEST FOR CONFORMATION OF STIPULATION RE REFERRAL TO PRIVATE MEDIATION AND FOR CONSEQUENT RESCHEDULING OF THE PENDING CASE MANAGEMENT CONFERENCE |

PADB01 44040720.1 25-Sep-07 17:00

1
2      Pursuant to ADR Local Rule 3-3(b), the parties herein request that the Court
3 approve a private ADR procedure substituted for the Court's Mediation Program. The
4 parties stipulate and request that the Court order that:
5      1.    This matter shall be privately mediated during the week of December 3rd
6 before John Bates of JAMS/Endispute;
7      2.    This matter shall be withdrawn from the Court-specified Mediator; and
8      3.    The Case Management Conference currently set for November 30th shall be
9 reset at the Court's convenience, to allow for preparation and filing of the Case
10 Management Conference Statement not earlier than December 14, to allow for completion
11 of the mediation.
12
13 SO STIPULATED:
14
15 DATED: September 25, 2007         SOMMERS & SCHWARTZ LLP
16
17                                   By_____
                                       Frank F. Sommers
18                                     Attorneys for Plaintiff
19 Dated: _____           MAYER BROWN
20
21                                   By_____
                                       Joshua M. Masur
22                                     Attorneys for Defendant
23 ~~IT IS SO ORDERED:~~
24 See Page 3
25                                   ~~JOSEPH C. SPERO~~
                                     ~~United States Magistrate Judge~~
26
27
                    Stipulation and Order re Mediation and CMC
28
PADB01 44040720.1 25-Sep-07 17:00

1   G:\Intelligraphics\Pleadings\Stip Re Private Mediation.wpd

2   IT IS HEREBY ORDERED that the further case management conference, currently set for November 30, 2007, at 1:30 p.m., shall be continued to December 21, 2007, at 1:30 p.m.

3   The joint updated case management conference statement shall be due by December 14, 2007.

4

5   IT IS SO ORDERED.

6

7       Dated:  Oceober 1, 2007

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

Stipulation and Order re Mediation and CMC

PADB01 44040720.1 25-Sep-07 17:00