# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.** C 07-02499 JCS

**CASE NAME:** INTELLIGRAPHICS INC v. MARVELL SEMICONDUCTOR INC

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Dec. 21, 2007    **TIME**: 13 mins | **COURT REPORTER**: Not Recorded |
| **COUNSEL FOR PLAINTIFF:** Frank Sommers | **COUNSEL FOR DEFENDANT:** Michael Molano & Joshua Masur |

**PROCEEDINGS:**                                              **RULING:**

1. Further Case Management Conference                         Held.

**ORDERED AFTER HEARING:**
Court adopted the dates in the updated case management statement, except the hearing date on the summary judgment motions will be heard on 1/9/9 at 9:30 a.m.
Parties shall meet-and-confer and submit a stipulation regarding the briefing schedule for summary judgment motions with the reply brief to be due by 12/1/8.
An updated joint case management conference statement shall be due by 3/14/8.

**ORDER TO BE PREPARED BY:**        () Plaintiff    () Defendant    (X) Court

**CASE CONTINUED TO:**    03/21/08 at 1:30 p.m., for a further case mgmt conference.

**Number of Depos:**                                          **Discovery Cutoff:** 08/01/08

**Opening Expert Rpts:** 08/29/08   **Expert Rebuttal:** 09/24/08   **Expert Discovery Cutoff:** 10/16/08

**Motions Hearing:** 01/09/09 at 9:30 a.m.                    **Pretrial Conference:** 04/03/09 at 1:30 p.m.

**Trial Date: 04/20/09 at 8:30 a.m.  (X )Jury    ()Court         Set for 12 days**

cc:    Chambers; Karen

* (T) = Telephonic Appearance