United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTELLIGRAPHICS, INC,　　　　　　　　　　　　No. C- 07-02499 JCS

　　　　　Plaintiff(s),

　　v.　　　　　　　　　　　　　　　　　　**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER**

MARVELL SEMICONDUCTOR, INC,

　　　　　Defendant(s).
_____/

　　Following the Further Case Management Conference held on December 21, 2007,

　IT IS HEREBY ORDERED THAT:

1. An updated Joint Case Management Conference Statement is due by **March 14, 2008**.

2. A further Case Management Conference is set for **March 21, 2008, at 1:30 p.m.**

3. All non-expert discovery shall be completed by August 1, 2008.

4. Opening expert disclosures under Fed. R. Civ. P. 26 shall be served by August 29, 2008.

5. Rebuttal expert disclosures shall be made by September 24, 2008.

6. All discovery from experts shall be completed by October 16, 2008.

7. The parties shall meet-and-confer and submit a stipulation regarding the briefing schedule for summary judgment motions with the reply brief to be due by **December 21, 2008.**

8. The dispositive motion hearing date is set for **January 9, 2009, at 9:30 a.m.**

　IT IS SO ORDERED.

Dated: January 10, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge