SOMMERS & SCHWARTZ LLP
ANDREW H. SCHWARTZ (SBN 100210)
   ahs@sommersschwartz.com
FRANK F. SOMMERS, IV (SBN 109012)
   ffs@sommersschwartz.com
550 California Street
Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone: (415) 955-0925
Facsimile:  (415) 955-0927

Attorneys for Plaintiff and Counterdefendant
INTELLIGRAPHICS, INC.

MAYER BROWN LLP
MICHAEL A. MOLANO (SBN 171057)
   mmolano@mayerbrown.com
JOSHUA M. MASUR (SBN 203510)
   jmasur@mayerbrown.com
J. JOANN LIAO (SBN 227329)
   jliao@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, Califonia 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| INTELLIGRAPHICS, INC.,<br><br>    *Plaintiff and Counterdefendant,*<br><br>v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>    *Defendant and Counterclaimant.* | Case No. C-07-2499 JCS<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE** |

Pursuant to the Court's December 21, 2007 Civil Minute Order (docket no. 34), Plaintiff and Counterdefendant INTELLIGRAPHICS, INC. ("Intelligraphics" or "Plaintiff") and Defendant and Counterclaimant MARVELL SEMICONDUCTOR, INC. ("Marvell" or

1  "Defendant") hereby jointly submit this Stipulation regarding the briefing schedule for
2  dispositive motions.

| | |
|---|---|
| Opening briefs filed no later than | November 7, 2008 |
| Opposition briefs filed no later than | December 5, 2008 |
| Reply briefs filed no later than | December 19, 2008 |
| Hearing no later than | January 9, 2009, 9:30 am |

Dated: March 4, 2008                    SOMMERS & SCHWARTZ LLP

                                        By: /s/
                                            Frank F. Sommers, IV

                                        Attorneys for Plaintiff and Counterdefendant
                                        INTELLIGRAPHICS, INC.


Dated: March 4, 2008                    MAYER BROWN LLP

                                        By: /s/
                                            Joshua M. Masur

                                        Attorneys for Defendant and Counterclaimant
                                        MARVELL SEMICONDUCTOR, INC.

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*