MAYER BROWN LLP
MICHAEL A. MOLANO (SBN 171057)
　*mmolano@mayerbrown.com*
JOSHUA M. MASUR (SBN 203510)
　*jmasur@mayerbrown.com*
J. JOANN LIAO (SBN 227329)
　*jliao@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone:  (650) 331-2000
Facsimile:   (650) 331-2060

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTELLIGRAPHICS, INC.,<br><br>　　　*Plaintiff and Counterdefendant,*<br><br>　v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>　　　*Defendant and Counterclaimant.* | Case No. C-07-2499 JCS<br><br>**NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS ON THE SIXTH CAUSE OF ACTION (COPYRIGHT) OF THE FIRST AMENDED COMPLAINT**<br><br>**([PROPOSED] SEALED VERSION)**<br><br>Before: Hon. Joseph C. Spero<br>Date: May 2, 2008<br>Time: 9:30 a.m.<br>Courtroom A, 15th Floor |

**MANUAL FILING NOTIFICATION**

**SEALED VERSION - FILED UNDER SEAL PURSUANT TO L.R. 79-5**

Regarding: NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS ON THE SIXTH CAUSE OF ACTION (COPYRIGHT) OF THE FIRST AMENDED COMPLAINT ([PROPOSED] SEALED VERSION).  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this

case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was not efiled for the following reason:

**Item Under Seal Pursuant to L.R. 79-5.**

Dated: March 18, 2007

MAYER BROWN LLP

By: */s/*
    Joshua M. Masur

Attorneys For Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.