1  MAYER BROWN LLP
   MICHAEL A. MOLANO (SBN 171057)
2    *mmolano@mayerbrown.com*
   JOSHUA M. MASUR (SBN 203510)
3    *jmasur@mayerbrown.com*
   J. JOANN LIAO (SBN 227329)
4    *jliao@mayerbrown.com*
5  Two Palo Alto Square, Suite 300
   3000 El Camino Real
6  Palo Alto, Califonia 94306-2112
7  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
8
   Attorneys for Defendant and Counterclaimant
9  MARVELL SEMICONDUCTOR, INC.

10

11              UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT

13                SAN FRANCISCO DIVISION

14

| INTELLIGRAPHICS, INC., | Case No. C-07-2499 JCS |
|---|---|
| *Plaintiff and Counterdefendant,* | **[PROPOSED] ORDER GRANTING MARVELL SEMICONDUCTOR, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS ON THE SIXTH CAUSE OF ACTION (COPYRIGHT) OF THE AMENDED COMPLAINT** |
| v. | |
| MARVELL SEMICONDUCTOR, INC., | |
| *Defendant and Counterclaimant.* | Before: Hon. Joseph C. Spero |
| | Date: Friday, January 25, 2008 |
| | Time: 9:30 a.m. |
| | Courtroom A, 15th Floor |

Defendant and Counterclaimant Marvell Semiconductor, Inc.'s ("Marvell's" or "Defendant's") motion for judgment on the pleadings with respect to the Sixth Cause of Action (Copyright Infringement under 17 U.S.C. §§ 101 *et. seq.*) of Plaintiff and Counterdefendant Intelligraphics, Inc.'s ("Intelligraphics'") First Amended Complaint, filed on June 19, 2007

- 1 -

(Docket No. 6), came on regularly for hearing on May 2, 2008 in Courtroom A, 15th Floor, of the United States District Court, 450 Golden Gate Avenue, San Francisco, California, the Honorable Joseph C. Spero presiding.

After full consideration of the pleadings in support of and opposition to the motion, as well as counsels' oral argument, the Court finds that all well-pleaded and material allegations in the plaintiff's pleadings, plus all facts alleged by defendant and not properly denied by plaintiff, establish that plaintiff is not entitled to relief on its Sixth Cause of Action, and that good cause therefore exists to grant Marvell's motion.

IT IS THEREFORE ORDERED that judgment on the pleadings be, and hereby is, granted in favor of Marvell and against Intelligraphics, on Intelligraphics' Sixth Cause of Action.

Dated: _____, 2008    By: _____
                                   THE HONORABLE JOSEPH C. SPERO
                                   UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER ENTERING JUDGMENT ON PLEADINGS ON SIXTH CAUSE OF ACTION - CASE NO. C-07-2499 JCS