1

MAYER BROWN LLP
MICHAEL A. MOLANO (SBN 171057)

2

   *mmolano@mayerbrown.com*
JOSHUA M. MASUR (SBN 203510)

3

   *jmasur@mayerbrown.com*

4

J. JOANN LIAO (SBN 227329)
   *jliao@mayerbrown.com*

5

Two Palo Alto Square, Suite 300
3000 El Camino Real

6

Palo Alto, California 94306-2112

7

Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

8

9

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

10

11

**UNITED STATES DISTRICT COURT**

12

**NORTHERN DISTRICT**

**SAN FRANCISCO DIVISION**

13

14

INTELLIGRAPHICS, INC.,

Case No. C-07-2499 JCS

15

         *Plaintiff and*

**MARVELL SEMICONDUCTOR, INC.'S**

16

         *Counterdefendant,*

**SEPARATE STATEMENT OF FACTS
THAT MARVELL CONTENDS ARE**

17

  *v.*

**UNDISPUTED**

18

MARVELL SEMICONDUCTOR, INC.,

**PUBLIC VERSION**

19

         *Defendant and*

Before: Hon. Joseph C. Spero

20

         *Counterclaimant.*

Date: May 2, 2008

21

Time: 9:30 a.m.

Courtroom A, 15th Floor

22

23

24

25

26

27

28

1    Pursuant to Paragraph 8 of the standing Case Management Conference Order, Defendant

2    and Counterclaimant Marvell Semiconductor, Inc. ("Marvell") states that the parties were unable

3    to reach complete agreement regarding all facts to include in the Joint Statement of Facts, filed

4    separately.  Accordingly, Paragraph 8 requires that Marvell file this Separate Statement of

5    Additional Facts that Marvell Contends Are Undisputed:

6        1.    Paragraph 12.10 of the SDLA provides:

7

8

9

10

11    

12

13

14

15

16

    Ex. A to Answer & Countercl., ¶ 12.10.

17

18        Because Plaintiff and Counterdefendant Intelligraphics, Inc. ("Intelligraphics") has

19    agreed to stipulate to the admissibility of the SDLA, *see* Joint Stmt. of Facts, ¶ 1, and because it

20    does not apparently contest the accuracy of the above quote, Marvell does not believe that

21    Intelligraphics contests that this fact is actually in dispute.  Rather, Marvell understand that

22    Intelligraphics' position is either that this fact is not material or that it otherwise should not be

23    quoted in the Joint Statement.  Accordingly, Marvell takes no position at this time regarding

24

25

26

27

28

1    whether Intelligraphics' refusal constitutes a contention, without substantial justification, that

2    subjects Intelligraphics to sanctions pursuant to Paragraph 8.

3

4    Dated: March 18, 2007                          MAYER BROWN LLP

5

6                                                   By: /s/

7                                                       Joshua M. Masur

8                                                       Attorneys For Defendant and Counterclaimant
                                                        MARVELL SEMICONDUCTOR, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-