MAYER BROWN LLP
MICHAEL A. MOLANO (SBN 171057)
  *mmolano@mayerbrown.com*
JOSHUA M. MASUR (SBN 203510)
  *jmasur@mayerbrown.com*
J. JOANN LIAO (SBN 227329)
  *jliao@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTELLIGRAPHICS, INC., | Case No. C-07-2499 JCS |
| *Plaintiff and Counterdefendant,* | **MARVELL SEMICONDUCTOR, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON INTELLIGRAPHICS' CLAIM THAT MARVELL FRAUDULENTLY INDUCED INTELLIGRAPHICS TO ENTER AMENDMENT 3** |
| v. | |
| MARVELL SEMICONDUCTOR, INC., | |
| *Defendant and Counterclaimant.* | |
| | **([PROPOSED] SEALED VERSION)** |
| | Before: Hon. Joseph C. Spero |
| | Date: May 2, 2008 |
| | Time: 9:30 a.m. |
| | Courtroom A, 15th Floor |

**MANUAL FILING NOTIFICATION**

**SEALED VERSION - FILED UNDER SEAL PURSUANT TO L.R. 79-5**

Regarding: NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY

JUDGMENT ON INTELLIGRAPHICS' CLAIM THAT MARVELL FRAUDULENTLY

| | |
|---|---|
| 1 | INDUCED INTELLIGRAPHICS TO ENTER AMENDMENT 3 ([PROPOSED] SEALED |
| 2 | VERSION). This filing is in paper or physical form only, and is being maintained in the case file |
| 3 | in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy |
| 4 | shortly. For information on retrieving this filing directly from the court, please see the court's |
| 5 | main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This |
| 6 | filing was not efiled for the following reason: **Item Under Seal Pursuant to L.R. 79-5.** |

Dated: March 18, 2007               MAYER BROWN LLP


By: */s/*
    Joshua M. Masur

    Attorneys For Defendant and Counterclaimant
    MARVELL SEMICONDUCTOR, INC.