1  MAYER BROWN LLP
2  MICHAEL A. MOLANO (SBN 171057)
       *mmolano@mayerbrown.com*
3  JOSHUA M. MASUR (SBN 203510)
       *jmasur@mayerbrown.com*
4  J. JOANN LIAO (SBN 227329)
       *jliao@mayerbrown.com*
5  Two Palo Alto Square, Suite 300
6  3000 El Camino Real
   Palo Alto, California 94306-2112
7  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
8
   Attorneys for Defendant and Counterclaimant
9  MARVELL SEMICONDUCTOR, INC.

10
                    **UNITED STATES DISTRICT COURT**
11
                      **NORTHERN DISTRICT**
12
                  **SAN FRANCISCO DIVISION**
13

14  INTELLIGRAPHICS, INC.,                  Case No. C-07-2499 JCS

15                *Plaintiff and*            **MARVELL'S SEPARATE STATEMENT
                  *Counterdefendant,*        OF FACTS THAT MARVELL
16                                           CONTENDS ARE UNDISPUTED**

17        *v.*                               **([PROPOSED] SEALED VERSION)**

18  MARVELL SEMICONDUCTOR, INC.,            Before: Hon. Joseph C. Spero

19                *Defendant and*            Date: May 2, 2008
                  *Counterclaimant.*
20                                           Time: 9:30 a.m.

21                                           Courtroom A, 15th Floor

22                    **MANUAL FILING NOTIFICATION**

23        **SEALED VERSION - FILED UNDER SEAL PURSUANT TO L.R. 79-5**

24        Regarding: SEPARATE STATEMENT OF FACTS THAT MARVELL CONTENDS

25  ARE UNDISPUTED ([PROPOSED] SEALED VERSION).  This filing is in paper or physical

26  form only, and is being maintained in the case file in the Clerk's office.  If you are a participant

27  on this case, this filing will be served in hard-copy shortly.  For information on retrieving this

28  filing directly from the court, please see the court's main website at

http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was not

efiled for the following reason:  **Item Under Seal Pursuant to L.R. 79-5.**

Dated: March 18, 2007                    MAYER BROWN LLP


                                         By: */s/*_____
                                             Joshua M. Masur

                                             Attorneys For Defendant and Counterclaimant
                                             MARVELL SEMICONDUCTOR, INC.

-1-