MAYER BROWN LLP
MICHAEL A. MOLANO (SBN 171057)
  *mmolano@mayerbrown.com*
JOSHUA M. MASUR (SBN 203510)
  *jmasur@mayerbrown.com*
J. JOANN LIAO (SBN 227329)
  *jliao@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INTELLIGRAPHICS, INC.,<br><br>*Plaintiff and Counterdefendant,*<br><br>v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>*Defendant and Counterclaimant.* | Case No. C-07-2499 JCS<br><br>**[PROPOSED] ORDER GRANTING MARVELL SEMICONDUCTOR, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON INTELLIGRAPHICS' CLAIM THAT MARVELL FRAUDULENTLY INDUCED INTELLIGRAPHICS TO ENTER AMENDMENT 3**<br><br>Before: Hon. Joseph C. Spero<br>Date: May 2, 2008<br>Time: 9:30 a.m.<br>Courtroom A, 15th Floor |

Defendant and Counterclaimant Marvell Semiconductor, Inc.'s ("Marvell's" or "Defendant's") motion for partial summary judgment with respect to the Third Cause of Action (Fraud in the Inducement) of Plaintiff and Counterdefendant Intelligraphics, Inc.'s ("Intelligraphics'") First Amended Complaint, filed on June 19, 2007 (Docket No. 6), came on

1  regularly for hearing on May 2, 2008 in Courtroom A, 15th Floor, of the United States District
2  Court, 450 Golden Gate Avenue, San Francisco, California, the Honorable Joseph C. Spero
3  presiding.
4      After full consideration of the pleadings in support of and opposition to the motion, as
5  well as counsels' oral argument, the Court finds that that good cause exists to grant Marvell's
6  motion.
7      IT IS THEREFORE ORDERED that partial summary judgment be, and hereby is,
8  entered in favor of Marvell and against Intelligraphics, on Intelligraphics' claim that Marvell
9  fraudulently induced Intelligraphics to enter into Amendment 3 to the parties' Software
10 Development and Licensing Agreement.

12 Dated: _____, 2008     By: _____
                                        THE HONORABLE JOSEPH C. SPERO
13                                      UNITED STATES MAGISTRATE JUDGE