**PROOF OF SERVICE**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Mayer Brown LLP, Two Palo Alto Square, Suite 300, 3000 El Camino Real, Palo Alto, California 94306-2112. On March 18, 2008, I served the documents described and captioned as:

- **MARVELL SEMICONDUCTOR, INC.'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS ON THE SIXTH CAUSE OF ACTION (COPYRIGHT) OF THE FIRST AMENDED COMPLAINT ([PROPOSED] SEALED VERSION)**

- **MARVELL SEMICONDUCTOR, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON INTELLIGRAPHICS' CLAIM THAT MARVELL FRAUDULENTLY INDUCED INTELLIGRAPHICS TO ENTER AMENDMENT 3 ([PROPOSED] SEALED VERSION)**

- **MARVELL'S SEPARATE STATEMENT OF FACTS THAT MARVELL CONTENDS ARE UNDISPUTED ([PROPOSED] SEALED VERSION)**

on Plaintiff Intelligraphics, Inc. by transmitting true copies in Adobe Portable Document (PDF) format by electronic mail, pursuant to agreement of the parties, to the following recipients:

    Andrew Schwartz (State Bar No. 100210)
        *ahs@SommersSchwartz.com*
    Frank Sommers (State Bar No. 109012)
        *ffs@SommersSchwartz.com*
    SOMMERS & SCHWARTZ LLP
    550 California Street
    Sacramento Tower, Suite 700
    San Francisco, CA 94104
    Telephone: (415) 955-0925
    Facsimile: (415) 955-0927

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 18, 2008.

                            /s/
                            Joshua M. Masur

44045417.2