SOMMERS & SCHWARTZ LLP
ANDREW H. SCHWARTZ (SBN 100210)
  *ahs@sommersschwartz.com*
FRANK F. SOMMERS, IV (SBN 109012)
  *ffs@sommersschwartz.com*
550 California Street
Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone: (415) 955-0925
Facsimile:  (415) 955-0927

Attorneys for Plaintiff and Counterdefendant
INTELLIGRAPHICS, INC.

MAYER BROWN LLP
MICHAEL A. MOLANO (SBN 171057)
  *mmolano@mayerbrown.com*
JOSHUA M. MASUR (SBN 203510)
  *jmasur@mayerbrown.com*
J. JOANN LIAO (SBN 227329)
  *jliao@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INTELLIGRAPHICS, INC.,<br><br>*Plaintiff and Counterdefendant,*<br><br>v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>*Defendant and Counterclaimant.* | Case No. C-07-2499 JCS<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE ON MOTIONS CALENDARED FOR MAY 2, 2008** |

WHEREAS, on March 18, 2008, Defendant and Counterclaimant Marvell Semiconductor, Inc. ("Marvell") filed its Motion for Judgment on the Pleadings on the Sixth Cause of Action (Docket Nos. 39, 40) and its Motion for Partial Summary Judgment on Plaintiff and Counterdefendant Intelligraphics, Inc.'s ("Intelligraphics'") Claim that Marvell Fraudulently Induced Intelligraphics to Enter Amendment 3 (Docket Nos. 42, 46) (collectively, the "Motions");

1    WHEREAS, after consulting with counsel for Intelligraphics, counsel for Marvell calendared the Motions for hearing on May 2, 2008, 45 days after filing, rather than the 35-day schedule set by Civil L.R. 7-2(a); and

4    WHEREAS Civil L.R. 7-3(a) would require Intelligraphics' oppositions to the Motions to "be served and filed not less than 21 days before the hearing date," *i.e.*, on or before April 11, 2008;

7    NOW, THEREFORE, the parties hereby stipulate that Intelligraphics' oppositions to the Motions must be served and filed not less than 24 days before the hearing date, *i.e.*, on or before April 8, 2008. All other briefing dates shall remain as set by Civil L.R. 7-2 and 7-3.

Dated: March 20, 2008                SOMMERS & SCHWARTZ LLP

                                     By: /s/
                                     Andrew H. Schwartz

                                     Attorneys for Plaintiff and Counterdefendant
                                     INTELLIGRAPHICS, INC.


Dated: March 20, 2008                MAYER BROWN LLP

                                     By: /s/
                                     Joshua M. Masur

                                     Attorneys for Defendant and Counterclaimant
                                     MARVELL SEMICONDUCTOR, INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____       By: _____
                                     THE HONORABLE JOSEPH C. SPERO
                                     United States Magistrate Judge