**[~~PROPOSED~~] ORDER**

Having considered all the papers submitted in support of the Administrative Motion to File Under Seal the Proposed Sealed Versions of (a) Marvell's Notice of Motion and Motion for Judgment on the Pleadings on the Sixth Cause Of Action (Copyright) of the First Amended Complaint; (b) Marvell's Notice of Motion and Motion for Partial Summary Judgment on Intelligraphics' Claim that Marvell Fraudulently Induced Intelligraphics to Enter Amendment 3; and (c) the Joint Statement of Facts (collectively, the "Proposed Sealed Versions"), and finding good cause, IT IS HEREBY ORDERED that the Motion is GRANTED. The Proposed Sealed Versions are hereby filed under seal.

IT IS SO ORDERED.

Dated: __3/19_____, 2008        By: _____
                                          THE HONORABLE JOSEPH C. SPERO
                                          UNITED STATES MAGISTRATE JUDGE



-6-
ADMIN. MOT. TO FILE UNDER SEAL; MASUR DECL.; [~~PROPOSED~~] ORDER
CASE NO. C-07-2499 JCS