# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 07-02499 JCS**

**CASE NAME:  INTELLIGRAPHICS INC v. MARVELL SEMICONDUCTOR INC**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: March 21, 2008      **TIME: 10 mins** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:** <br> Andrew Schwartz | **COUNSEL FOR DEFENDANT:** <br> Michael Molano & Joshua Masur |

**PROCEEDINGS:**                                                         **RULING:**

1. Further Case Management Conference                              Held.

___

**ORDERED AFTER HEARING:**

Motions currently set for hearing on 5/2/8 at 9:30 AM has been reschedule for 7/25/08 at 9:30 AM. The parties shall submit a stipulation regarding briefing on the new and current motions with the last brief to be due by 5/23/8.

___

**ORDER TO BE PREPARED BY:**        ( ) Plaintiff      ( ) Defendant       (X) Court

**CASE CONTINUED TO:** 07/25/08 at 9:30 a.m., for a further case mgmt conference.

___

**Number of Depos:**                                              **Discovery Cutoff:**

**Opening Expert Rpts:**        **Expert Rebuttal:**         **Expert Discovery Cutoff:**

**Motions Hearing:**        at 9:30 a.m.                    **Pretrial Conference:** at 1:30 p.m.

**Trial Date:**        at 8:30 a.m.  ( )Jury    ( )Court      Set for  days

___

cc:      Chambers; Karen

* (T) = Telephonic Appearance