UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELLIGRAPHICS, INC, | No. C 07-02499 JCS |
| Plaintiff(s), | |
| v. | **FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |
| MARVELL SEMICONDUCTOR, INC, | |
| Defendant(s). | |

Following the Further Case Management Conference held on March 21, 2008,

IT IS HEREBY ORDERED THAT:

1. The parties shall submit a stipulation regarding briefing schedule for the current and proposed new motions with the last reply brief to be due by May 23, 2008.

2. The motions currently set for hearing on May 2, 2008, at 9:30 a.m., have been rescheduled for **July 25, 2008, at 9:30 a.m.**

3. A further case management conference is set for **July 25, 2008, at 9:30 a.m.**, following oral argument on the motions.

IT IS SO ORDERED.

Dated: March 24, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge