1  **SOMMERS & SCHWARTZ LLP**                    **MAYER BROWN LLP**
   ANDREW H. SCHWARTZ (SBN 100210)              MICHAEL A. MOLANO (SBN 171
2   *ahs@sommersschwartz.com*                    *mmolano@mayerbrown.com*
   FRANK F. SOMMERS, IV (SBN 109012)            JOSHUA M. MASUR (SBN 203510)
3   *ffs@sommersschwartz.com*                    *Jmasur@mayerbrown.com*
   550 California Street                        J. JOANN LIAO (SBN 227329)
4  Sacramento Tower, Suite 700                   *Jliao@mayerbrown.com*
   San Francisco, CA 94104                      Two Palo Alto Square, Suite 300
5  Telephone: (415) 955-0925                    3000 El Camino Real
   Facsimile: (415) 955-0927                    Palo Alto, California 94306-2112
6                                               Telephone: (650) 331-2000
                                                Facsimile:  (650) 331-2060
7  Attorneys for Plaintiff and Counterdefendant
   INTELLIGRAPHICS, INC.
8                                               Attorneys for Defendant and Counterclaimant
                                                MARVEL SEMICONDUCTOR, INC.
9

10                           UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12

13   INTELLIGRAPHICS, INC                       Case No. C-07-2499 JCS

14
                         Plaintiff and
15                       Counterdefendant,      STIPULATION REGARDING BRIEFING
                                                SCHEDULE ON MOTIONS TO BE HEARD
16       vs.                                    ON JULY 25, 2008 AT 9:30 A.M.

17   MARVELL SEMICONDUCTOR, INC.

18                       Defendant and
19                       Counterclaimant.

20

21       WHEREAS, on March 25, 2008, this Court entered a Minute Order requiring counsel for the

22  parties herein to enter into a stipulation for a briefing schedule providing for the filing of all Replies

23  by March 23, 2008, with regard to the following motions brought by Defendant and Counterclaimant

24  Marvell Semiconductor, Inc. ("Marvell") – Motion for Judgment on the Pleadings on the Sixth

25  Cause of Action (Docket Nos. 39, 40) and Motion for Partial Summary Judgment on Plaintiff and

26  Intelligraphics' Claim that Marvell Fraudulently Induced Intelligraphics to enter into Amendment

27  3 (Docket Nos. 42, 46) – and the Motion that Marvell intends to file with regard to "claims and

28

1    counterclaims regarding the Motorola Project described in the pleadings ("the Motorola claims");

2        WHEREAS; the parties, through their counsel, have agreed to such a briefing schedule;

3        NOW THEREFORE, the parties hereby stipulate that:

4        Intelligraphics' Oppositions to Marvell's outstanding Motions for Judgment on the Pleadings

5    and for Partial Summary Judgment be served and filed by May 2, 2008;

6        Marvell's Replies with regard to said Motions be served and filed by May 23, 2008;

7        Marvell's prospective Motion concerning Intelligraphics' Motorola claims be served and

8    filed by April 18, 2008;

9        Intelligraphics' Opposition to Marvell's Motion concerning the Motorola claims be served

10   and filed by May 9, 2008; and,

11       Marvell's Replies with regard to said Motion be served and filed by May 23, 2008.

12   Dated: April 4, 2008                          SOMMERS & SCHWARTZ LLP

13                                                        /s/ ahs

14                                                 _____

                                                   By: Andrew Schwartz
15
                                                   Attorneys for Plaintiff and Counterdefendant
16                                                 INTELLIGRAPHICS, INC.

17   Dated: April 4, 2008                          MAYER BROWN LLP

18                                                        /s/ jmm

                                                   _____
19                                                 By: Joshua M. Masur

20                                                 Attorneys for Defendant and Counterclaimant
                                                   MARVELL SEMICONDUCTOR, INC>
21
     *Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the*
22   *signatories' concurrence in the filing of this document has been obtained.*

23   PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

24
     Dated: _____          By:    _____
25                                                 THE HONORABLE JOSEPH C. SPERO
                                                   United States Magistrate Judge
26

27

28