1  **SOMMERS & SCHWARTZ LLP**                    **MAYER BROWN LLP**
   ANDREW H. SCHWARTZ (SBN 100210)              MICHAEL A. MOLANO (SBN 171
2    *ahs@sommersschwartz.com*                    *mmolano@mayerbrown.com*
   FRANK F. SOMMERS, IV (SBN 109012)            JOSHUA M. MASUR (SBN 203510)
3    *ffs@sommersschwartz.com*                    *Jmasur@mayerbrown.com*
4  550 California Street                         J. JOANN LIAO (SBN 227329)
   Sacramento Tower, Suite 700                    *Jliao@mayerbrown.com*
5  San Francisco, CA 94104                       Two Palo Alto Square, Suite 300
   Telephone: (415) 955-0925                     3000 El Camino Real
6  Facsimile: (415) 955-0927                     Palo Alto, California 94306-2112
                                                 Telephone: (650) 331-2000
7  Attorneys for Plaintiff and Counterdefendant  Facsimile:  (650) 331-2060
   INTELLIGRAPHICS, INC.
8                                                Attorneys for Defendant and Counterclaimant
                                                 MARVEL SEMICONDUCTOR, INC.
9

10                          UNITED STATES DISTRICT COURT

11                          NORTHERN DISTRICT OF CALIFORNIA

12

13  INTELLIGRAPHICS, INC                        Case No. C-07-2499 JCS

14
                    Plaintiff and
15                  Counterdefendant,           STIPULATION REGARDING BRIEFING
                                                SCHEDULE ON MOTIONS TO BE HEARD
16     vs.                                      ON JULY 25, 2008 AT 9:30 A.M.

17  MARVELL SEMICONDUCTOR, INC.

18                  Defendant and
                    Counterclaimant.
19

20          WHEREAS, on March 25, 2008, this Court entered a Minute Order requiring counsel for the

21  parties herein to enter into a stipulation for a briefing schedule providing for the filing of all Replies

22          May
    by ~~March~~ 23, 2008, with regard to the following motions brought by Defendant and Counterclaimant

23  Marvell Semiconductor, Inc. ("Marvell") – Motion for Judgment on the Pleadings on the Sixth

24  Cause of Action (Docket Nos. 39, 40) and Motion for Partial Summary Judgment on Plaintiff and

25  Intelligraphics' Claim that Marvell Fraudulently Induced Intelligraphics to enter into Amendment

26  3 (Docket Nos. 42, 46) – and the Motion that Marvell intends to file with regard to "claims and

27

28
                 STIPULATION REGARDING BRIEFING SCHEDULE ON MOTIONS TO BE
                     HEARD ON JULY 25, 2008 AT 9:30 A.M.              -1-

1 | counterclaims regarding the Motorola Project described in the pleadings ("the Motorola claims");

2 |     WHEREAS; the parties, through their counsel, have agreed to such a briefing schedule;

3 |     NOW THEREFORE, the parties hereby stipulate that:

4 |     Intelligraphics' Oppositions to Marvell's outstanding Motions for Judgment on the Pleadings

5 | and for Partial Summary Judgment be served and filed by May 2, 2008;

6 |     Marvell's Replies with regard to said Motions be served and filed by May 23, 2008;

7 |     Marvell's prospective Motion concerning Intelligraphics' Motorola claims be served and

8 | filed by April 18, 2008;

9 |     Intelligraphics' Opposition to Marvell's Motion concerning the Motorola claims be served

10 | and filed by May 9, 2008; and,

11 |     Marvell's Replies with regard to said Motion be served and filed by May 23, 2008.

12 | Dated: April 4, 2008                       SOMMERS & SCHWARTZ LLP

13 |                                              */s/ ahs*

14 |                           _____

    |                           By: Andrew Schwartz

15 | 

16 |                           Attorneys for Plaintiff and Counterdefendant INTELLIGRAPHICS, INC.

17 | Dated: April 4, 2008                       MAYER BROWN LLP

18 |                                              */s/ jmm*

19 |                           _____
    |                           By: Joshua M. Masur

20 |                           Attorneys for Defendant and Counterclaimant MARVELL SEMICONDUCTOR, INC>

21 | 

22 | *Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

23 | PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

24 | 

25 | Dated: __April 14, 2008_____       By: _____
    |                      THE HONO... SPERO
    |                      United State...

26 | 

27 | 

28 |