# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

CASE NO.:  C-07-02499 JCS                         TIME:  1.5 hrs

CASE NAME:  *Intelligraphics, Inc. v. Marvell Semiconductor, Inc.*

MAGISTRATE JUDGE JOSEPH C. SPERO     CLERK: Mary A. Macudzinski-Gomez

DATE:  April 30, 2008                              COURT REPORTER: not reported

COUNSEL FOR PLAINTIFF(S):                          COUNSEL FOR DEFENDANT(S):

Andrew H. Schwartz                                 Michael A. Molano
Frank F. Sommers, IV                               Joshua M. Masur

## PROCEEDINGS

☐  SETTLEMENT CONFERENCE        ☐  FURTHER SETTLEMENT CONFERENCE

X  DISCOVERY CONFERENCE

☐  STATUS CONFERENCE RE:

☐  TELEPHONIC CONFERENCE RE:

☐  OTHER:

CASE CONTINUED TO:                   FOR

NOTES:

Lead counsel for both parties met and conferred in person in Courtroom A.  Counsel resolved all of the discovery disputes described in their April 25, 2008 Joint Letter.  **No later than May 1, 2008**, counsel shall submit a Joint Letter to the Court (JCS) detailing the resolution of their discovery disputes.