1  Andrew Schwartz (State Bar No. 100210)
   Frank Sommers (State Bar No. 109012)
2  **SOMMERS & SCHWARTZ LLP**
   550 California Street
3  Sacramento Tower, Suite 700
   San Francisco, CA 94104
4  Telephone: (415) 955-0925
   Facsimile: (415) 955-0927
5
   Attorneys for Plaintiff and Counterdefendant
6  Intelligraphics, Inc.

7

8               **UNITED STATES DISTRICT COURT**

9                     **NORTHERN DISTRICT**

10                  **SAN FRANCISCO DIVISION**

11

12 | INTELLIGRAPHICS, INC., | Case No. C-07-2499 JCS |
   | *Plaintiff and Counterdefendant,* | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE PROPOSED SEALED VERSIONS OF (A) IGX'S OPPOSITION TO MARVELL'S MOTION FOR JUDGMENT ON THE PLEADINGS, (B) IGX'S OPPOSITION TO MARVELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AND (C) EXHBIITS A-F TO FRANK SOMMERS DECLARATION IN OPPOSITION TO MARVELL'S MOTIONS LISTED IN A AND B** |
   | v. | |
   | MARVELL SEMICONDUCTOR, INC., | |
   | *Defendant and Counterclaimant.* | |
   | | **DECLARATION OF FRANK F. SOMMERS** |
   | | **[PROPOSED] ORDER** |
   | | **[CIV. L.R. 79-5(C)]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Civil Local Rules 7-11 and 79-5(c), Plaintiff and Counterdefendant Intelligraphics, Inc. ("IGX") respectfully submits this Administrative Motion to File Under Seal the Proposed Sealed Versions of its oppositions to (a) Marvell's Notice of Motion and Motion for Judgment on the Pleadings on the Sixth Cause Of

Action (Copyright) of the First Amended Complaint; (b) Marvell's Notice of Motion and Motion for Partial Summary Judgment on Intelligraphics' Claim that Marvell Fraudulently Induced Intelligraphics to Enter Amendment 3; and (c) its Exhibits A-e to the Declaration of Frank F Sommers in Opposition (collectively, the "Proposed Sealed Versions"). This motion is accompanied by the supporting Declaration of Frank F Sommers ("Sommers Decl.") and the Proposed Order herein. In addition, pursuant to Civil Local Rule 79-5(c), IGX has served and caused to be lodged with this Court two copies of the Proposed Sealed Versions. IGX is filing redacted, public versions of the Proposed Sealed Versions electronically.

Sections 9.1 and 9.3 of the Software Development and Licensing Agreement ("SDLA")[1] at the center of this case memorialize the parties' agreement to keep confidential "the specific terms and conditions and existence of this Agreement." While IGX vehemently denies that its filing of the agreements in the instant litigation has damaged Marvell in any way, it is making this motion in a spirit of cooperation to avoid unnecessary disputes as the litigation proceeds-in particular to obviate Marvell being forced to move to seal in order to maintain a consistent position. Although not dispositive, IGX notes that this Court previously has granted Marvell's motions to seal its filings containing the same confidential information sealed here. *See* Docket Nos. 13, 18. IGX has created and will electronically file public versions of the Proposed Sealed Versions, which redact only the quotations from the confidential documents at issue. *See* Sommers Decl., ¶ 4.

THEREFORE, IGX respectfully seeks leave pursuant to Rule 79-5(c) to file under seal the Proposed Sealed Versions.

1
2  Dated: May 2, 2008                              Respectfully submitted,
3
                                                   SOMMERS & SCHWARTZ LLP
4
5
                                                   By: */s/*
6                                                        FRANK F SOMMERS
                                                          ATTORNEYS FOR PLAINTIFF
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DECLARATION OF FRANK F. SOMMERS

1. I am an attorney admitted to practice in the state of California and before this Court. I am a member of Sommers & Schwartz LLP, counsel for IGX in the above-titled action. I make this declaration, as required by Civ. L.R. 79-5(c)(1), in support of IGX's Administrative Motion to File Under Seal the Proposed Sealed Versions of IGX's Oppositions to (a) Marvell's Motion and Motion for Judgment on the Pleadings on the Sixth Cause Of Action (Copyright) of the First Amended Complaint; (b) Marvell's Motion and Motion for Partial Summary Judgment on Intelligraphics' Claim that Marvell Fraudulently Induced Intelligraphics to Enter Amendment 3; and the (c) Exhibits A-F to the Declaration of Frank Sommers in Opposition to Marvell's Motions listed above. (collectively, the "Proposed Sealed Versions"), filed herewith. I make this declaration based on my own personal knowledge, and could and would testify competently hereto if called upon to do so.

2. A true and correct copy of the Software Development and Licensing Agreement ("SDLA") between Marvell and Plaintiff and Counterdefendant Intelligraphics, Inc. ("Intelligraphics") is attached as Exhibit A to the Sealed Version of Marvell's First Amended Answer and Counterclaims (Docket No. 19). That Exhibit, and all other Exhibits to Marvell's First Amended Answer and Counterclaims, were ordered sealed by the Court on July 23, 2007 (Docket No. 13) and on July 27, 2007 (Docket No. 18).

3. Marvell has taken the position that the SDLA and Amendments thereto contain confidential information that must be protected. While IGX disagrees, in the interests of reducing the need for disputes and motions by Marvell to seal, it is requesting permission to file sealed copies of those documents, of the sections of the Oppositions that quote from the documents, and of the deposition exhibits labeled "confidential" relating thereto.

4. IGX has created and will electronically file public versions of the Proposed Sealed Versions, which redact only the confidential exhibits and quotations therefrom, in an attempt to seal only the portions of the Proposed Sealed Versions that are confidential.

1 | I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing is true and correct.
3 | Executed this 2d day of May, 2008, in Palo Alto, California.

4 |                 */s/*
                Frank F. Sommers

**[PROPOSED] ORDER**

Having considered all the papers submitted in support of the Administrative Motion to File Under Seal the Proposed Sealed Versions of IGX's Oppositions to (a) Marvell's Motion and Motion for Judgment on the Pleadings on the Sixth Cause Of Action (Copyright) of the First Amended Complaint; (b) Marvell's Motion for Partial Summary Judgment on Intelligraphics' Claim that Marvell Fraudulently Induced Intelligraphics to Enter Amendment 3; and (c) the Exhibits to the Declaration of Frnak F Sommers In Opposition to the same (collectively, the "Proposed Sealed Versions"), and finding good cause, IT IS HEREBY ORDERED that the Motion is GRANTED.  The Proposed Sealed Versions are hereby filed under seal.

IT IS SO ORDERED.

Dated: _____, 2008     By: _____
                                        THE HONORABLE JOSEPH C. SPERO
                                        UNITED STATES MAGISTRATE JUDGE