| | |
|---|---|
| 1 | Andrew Schwartz (State Bar No. 100210) |
| | Frank Sommers (State Bar No. 109012) |
| 2 | **SOMMERS & SCHWARTZ LLP** |
| | 550 California Street |
| 3 | Sacramento Tower, Suite 700 |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 955-0925 |
| | Facsimile: (415) 955-0927 |
| 5 | |
| 6 | Attorneys for Plaintiff Intelligraphics, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELLIGRAPHICS, INC | Case No. C-07-2499 JCS |
| Plaintiff and Counterdefendant, | **DECLARATION OF FRANK F SOMMERS IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGEMENT RE 3rd CAUSE OF ACTION RE FRAUD IN THE INDUCEMENT** |
| vs. | Date: July 25 |
| MARVELL SEMICONDUCTOR, INC. | Time: 9:30 a.m. |
| Defendant and Counterclaimant. | Courtroom A, 15th floor |
| | Hon. Joseph Spero |

- 2 -

1  I, Frank F. Sommers, say:

2  1.  I am an attorney at law licensed to practice before this court, represent plaintiff in the
3  above-entitled action, have personal knowledge fo the facts set forth below and could competently
4  testify to them if call upon to do so.

5  2.  On November 29, 2007, I took the deposition of day one of Bart Giordano, defendant
6  Marvell's Product Marketing Engineer who had primary responsibility for the IGX work involved
7  in this lawsuit. Attached hereto as Exhibit A and B are true and correct copies of pages 8 and 86-88;
8  225-226 of that deposition. Those pages accurately reflect the questions asked and the answers given
9  at that deposition.

10  3.  Attached hereto as Exhibit C is a true and correct copy of Exhibit 6 to the Giordano
11  Deposition.

12  4.  Attached hereto as Exhibit D is a true and correct copy of Exhibit 23 to the Giordano
13  Deposition.

14  5.  Attached hereto as Exhibit E is a true and correct copy of the 2003 Software
15  Development License Agreement ("SDLA") without its exhibits.

16  6.  Attached hereto as Exhibit F is a true and correct copy of the 2006 Amendment 3 to
17  the SDLA.

20  I declare under penalty of perjury under the laws of the United States that the foregoing is
21  true and correct and that this declaration was executed in San Francisco, California on May 1, 2008.

26  _s/_____
    Frank F. Sommers

-3-

1
2  CS:\Intelligraphics\Marvell\Motions\Fraud\FFS Dec in Opp.wpd
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-