EXHIBIT A

Excerpt (p.8) from Bart Giordano 11/29/07 Deposition

FILED UNDER SEAL; OMITTED FROM PUBLIC VERSION

EXHIBIT B

Excerpt (p.86-88; p. 225-226) from Bart Giordano 11/29/07 Deposition

FILED UNDER SEAL; OMITTED FROM PUBLIC VERSION

EXHIBIT C

Exhibit 6 to Bart Giordano 11/29/07 Deposition

FILED UNDER SEAL; OMITTED FROM PUBLIC VERSION

EXHIBIT D

Exhibit 23 to Bart Giordano 11/29/07 Deposition

FILED UNDER SEAL; OMITTED FROM PUBLIC VERSION

EXHIBIT E

2003 SDLA (without exhibits)

FILED UNDER SEAL; OMITTED FROM PUBLIC VERSION

EXHIBIT F

2006 Amendment 3 to the SDLA

FILED UNDER SEAL; OMITTED FROM PUBLIC VERSION