Andrew Schwartz (State Bar No. 100210)
Frank Sommers (State Bar No. 109012)
**SOMMERS & SCHWARTZ LLP**
550 California Street
Sacramento Tower, Suite 700
San Francisco, CA 94104
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Attorneys for Plaintiff and
Counter-Defendant Intelligraphics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELLIGRAPHICS, INC<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>MARVELL SEMICONDUCTOR, INC.<br><br>Defendant and Counterclaimant. | Case No. C-07-2499 JCS<br><br>**INTELLIGRAPHIC'S ("IGX'S") SEPARATE STATEMENT OF FACT THAT IGX CONTENDS ARE UNDISPUTED IN OPPOSITION TO MARVELL'S MOTION FOR PARTIAL SUMMARY JUDGEMENT**<br><br>Date:   July 25, 2008<br><br>Time: 9:30 a.m.<br><br>Courtroom: A (15th Floor)<br><br>Hon. Joseph c. Spero |

Pursuant to Paragraph 8 of the standing Case Management Conference Order, Plaintiff and

1  Counter-defendant Intelligraphics, Inc. ("IGX") states that the parties were unable to reach complete
2  agreement regarding all facts to include in the Joint Statement of Facts, filed separately by Defendant
3  and Counterclaimant Marvell Semiconductor, Inc. ("Marvell").  For this reason, pursuant to
4  Paragraph 8, IGX files this Separate Statement of Additional Facts that IGX Contends Are
5  Undisputed:

6      1. Marvell hired IGX to "augment" its own (and its sister corporation's) software writing
7  staff, which had the capacity to take over and finish the software development at issue. (Sommers
8  Declaration, Ex. C).

9      2. Attachments 1 and 2 to Amendment 3 was signed long before Marvell was able to
10 see the Funk Supplicant software that IGX needed to modify in order to perform its CCX work under
11 Amendment 3. (Sommers Dec., Exs. D and F).

12     3. Attachment 2 concerning the Supplicant project was executed with a blank delivery
13 schedule because the time-frame necessary to do the work also could not be set until October, 2006,
14 five months after IGX started work on the project. (Sommers Dec., Ex. F).

16 DATE:     May 2, 2008             SOMMERS & SCHWARTZ LLP

18                                   By:__s/_____
                                        Andrew Schwartz, Attorneys for Plaintiff and
19                                      Cross-Defendant Intelligraphics, Inc.

26 S:\Intelligraphics\Marvell\Motions\Fraud\IGX SEP STMNT OF FACT.wpd

---