1  MAYER BROWN LLP
2  MICHAEL A. MOLANO (SBN 171057)
   *mmolano@mayerbrown.com*
3  JOSHUA M. MASUR (SBN 203510)
   *jmasur@mayerbrown.com*
4  J. JOANN LIAO (SBN 227329)
   *jliao@mayerbrown.com*
5  Two Palo Alto Square, Suite 300
6  3000 El Camino Real
   Palo Alto, California 94306-2112
7  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
8
   Attorneys for Defendant and Counterclaimant
9  MARVELL SEMICONDUCTOR, INC.

10
**UNITED STATES DISTRICT COURT**
11
**NORTHERN DISTRICT**
12
**SAN FRANCISCO DIVISION**
13

| | |
|---|---|
| INTELLIGRAPHICS, INC., | Case No. C-07-2499 JCS |
| *Plaintiff and Counterdefendant,* | **MARVELL SEMICONDUCTOR INC.'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS ON THE SIXTH CAUSE OF ACTION (COPYRIGHT) OF THE FIRST AMENDED COMPLAINT** |
| v. | |
| MARVELL SEMICONDUCTOR, INC., | |
| *Defendant and Counterclaimant.* | **([PROPOSED] SEALED VERSION)** |
| | Before: Hon. Joseph C. Spero<br>Date: Friday, July 25, 2008<br>Time: 9:30 a.m.<br>Courtroom A, 15th Floor |

**MANUAL FILING NOTIFICATION**

**SEALED VERSION - FILED UNDER SEAL PURSUANT TO L.R. 79-5**

Regarding: MARVELL SEMICONDUCTOR INC.'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS ON THE SIXTH CAUSE OF ACTION (COPYRIGHT) OF THE FIRST AMENDED COMPLAINT ([PROPOSED] SEALED VERSION).  This filing is in paper or physical form only, and is being maintained in the case file

1  in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy
2  shortly.  For information on retrieving this filing directly from the court, please see the court's
3  main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).  This
4  filing was not efiled for the following reason:  **Item Under Seal Pursuant to L.R. 79-5.**

Dated: May 23, 2008                         MAYER BROWN LLP


                                            By: _____/s/_____
                                                    Joshua M. Masur

                                            Attorneys For Defendant and Counterclaimant
                                            MARVELL SEMICONDUCTOR, INC.