# **PROOF OF SERVICE**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Mayer Brown LLP, Two Palo Alto Square, Suite 300, 3000 El Camino Real, Palo Alto, California 94306-2112. On May 23, 2008, I served the document described and captioned as:

- **MARVELL SEMICONDUCTOR, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS ON THE SIXTH CAUSE OF ACTION (COPYRIGHT) OF THE FIRST AMENDED COMPLAINT ([PROPOSED] SEALED VERSION)**

on Plaintiff Intelligraphics, Inc. by transmitting true copies in Adobe Portable Document (PDF) format by electronic mail, pursuant to agreement of the parties, to the following recipients:

> Andrew Schwartz (State Bar No. 100210)
>   *ahs@SommersSchwartz.com*
> Frank Sommers (State Bar No. 109012)
>   *ffs@SommersSchwartz.com*
> SOMMERS & SCHWARTZ LLP
> 550 California Street
> Sacramento Tower, Suite 700
> San Francisco, CA 94104
> Telephone: (415) 955-0925
> Facsimile: (415) 955-0927

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 23, 2008.

*/s/*
Joshua M. Masur

44045417.2