MAYER BROWN LLP
MICHAEL A. MOLANO (SBN 171057)
  *mmolano@mayerbrown.com*
JOSHUA M. MASUR (SBN 203510)
  *jmasur@mayerbrown.com*
J. JOANN LIAO (SBN 227329)
  *jliao@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INTELLIGRAPHICS, INC.,<br><br>*Plaintiff and Counterdefendant,*<br><br>v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>*Defendant and Counterclaimant.* | Case No. C-07-2499 JCS<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE PROPOSED SEALED VERSION OF MARVELL SEMICONDUCTOR, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS ON THE SIXTH CAUSE OF ACTION (COPYRIGHT) OF THE FIRST AMENDED COMPLAINT**<br><br>**DECLARATION OF JOSHUA M. MASUR**<br><br>**[PROPOSED] ORDER**<br><br>**[CIV. L.R. 79-5(C)]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Civil Local Rules 7-11 and 79-5(c), Defendant and Counterclaimant Marvell Semiconductor, Inc. ("Marvell") respectfully submits this Administrative Motion to File Under Seal the Proposed Sealed Version of Marvell's Reply

in support of its Motion for Judgment on the Pleadings on the Sixth Cause of Action (Copyright) of the First Amended Complaint (the "Proposed Sealed Version"). This motion is accompanied by the supporting Declaration of Joshua M. Masur ("Masur Decl.") and the Proposed Order herein. In addition, pursuant to Civil Local Rule 79-5(c), Marvell has served and caused to be lodged with this Court two copies of the Proposed Sealed Version. Marvell is filing a redacted, public version of the Proposed Sealed Version electronically.

Sections 9.1 and 9.3 of the Software Development and Licensing Agreement ("SDLA")[1] at the center of this case memorialize the parties' agreement to keep confidential "the specific terms and conditions and existence of this Agreement." As such, the SDLA and the Amendments thereto are "protectable as a trade secret," and eligible for sealing under Civil Local Rule 79-5(a). The existence of the SDLA, as well as certain provisions thereof, already have been disclosed publicly by Plaintiff and Counterdefendant Intelligraphics, Inc. ("Intelligraphics"), both in this action and in the prior action filed in Texas by Intelligraphics, and Marvell does not seek to unring that bell. However, the SDLA entitles Marvell to maintain the confidentiality of the specific terms and conditions contained therein, which provisions include, *inter alia*, competitively sensitive information about Marvell's product development plans and schedule, including relevant development milestones and specifications. *See* Masur Decl., ¶ 3. Although not dispositive, Marvell notes that this Court previously has granted Marvell's motions to seal its filings containing the same confidential information sealed here. *See, e.g.*, Docket Nos. 13, 18. *See* Masur Decl., ¶ 2. Furthermore, Marvell has attempted to reduce the burden on the Court by relying on the already-sealed copies of the exhibits to Marvell's Amended Answer and Countercomplaint, Docket No. 19, rather than refiling additional copies of those exhibits under seal.

Marvell has created and will electronically file a public version of the Proposed Sealed Version, which redacts only the quotations from and paraphrases of the confidential documents at issue. *See* Masur Decl., ¶ 4.

---

[1] A true and correct copy of the SDLA is attached as Exhibit A to the Sealed Version of Marvell's First Amended Answer and Counterclaims. *See* Masur Decl., ¶ 2.

1  THEREFORE, Marvell respectfully seeks leave pursuant to Rule 79-5(c) to file under
2  seal the Proposed Sealed Version.

4  Dated: May 23, 2008                              Respectfully submitted,

6                                                   By: */s/*
                                                        JOSHUA M. MASUR

                                                     Attorneys for Defendant
                                                     and Counterclaimant
                                                     MARVELL SEMICONDUCTOR, INC.

## DECLARATION OF JOSHUA M. MASUR

1. I am an attorney admitted to practice in the state of California and before this Court. I am an associate with the law firm of Mayer Brown LLP, counsel for Defendant and Counterclaimant Marvell Semiconductor, Inc. ("Marvell") in the above-titled action. I make this declaration, as required by Civ. L.R. 79-5(c)(1), in support of Marvell's Administrative Motion to File Under Seal the Proposed Sealed Version of Marvell's Reply in support of its Motion for Judgment on the Pleadings on the Sixth Cause of Action (Copyright) of the First Amended Complaint (the "Proposed Sealed Version"), filed herewith. I make this declaration based on my own personal knowledge, and could and would testify competently hereto.

2. A true and correct copy of the Software Development and Licensing Agreement ("SDLA") between Marvell and Plaintiff and Counterdefendant Intelligraphics, Inc. ("Intelligraphics") is attached as Exhibit A to the Sealed Version of Marvell's First Amended Answer and Counterclaims (Docket No. 19). That Exhibit, and all other Exhibits to Marvell's First Amended Answer and Counterclaims, were ordered sealed by the Court on July 23, 2007 (Docket No. 13) and on July 27, 2007 (Docket No. 18).

3. The provisions of the SDLA and its Amendments include, *inter alia*, competitively sensitive information about Marvell's product development plans and schedule, including relevant development milestones and specifications.

4. Marvell has created and will electronically file a public version of the Proposed Sealed Version, which redacts only quotations from and paraphrases of the SDLA, in an attempt to seal only the portions of the Proposed Sealed Version that are confidential.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of May, 2008, in Palo Alto, California.

*/s/*
Joshua M. Masur

**[PROPOSED] ORDER**

Having considered all the papers submitted in support of the Administrative Motion to File Under Seal the Proposed Sealed Versions of Marvell's Reply in support of its Motion for Judgment on the Pleadings on the Sixth Cause of Action (Copyright) of the First Amended Complaint (the "Proposed Sealed Version"), and finding good cause, IT IS HEREBY ORDERED that the Motion is GRANTED. The Proposed Sealed Version is hereby filed under seal.

IT IS SO ORDERED.

Dated: _____, 2008        By: _____
                                        THE HONORABLE JOSEPH C. SPERO
                                        UNITED STATES MAGISTRATE JUDGE