SOMMERS & SCHWARTZ LLP
ANDREW H. SCHWARTZ (SBN 100210)
  *ahs@sommersschwartz.com*
FRANK F. SOMMERS, IV (SBN 109012)
  *ffs@sommersschwartz.com*
550 California Street
Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone: (415) 955-0925
Facsimile:  (415) 955-0927

Attorneys for Plaintiff and Counterdefendant
INTELLIGRAPHICS, INC.

MAYER BROWN LLP
MICHAEL A. MOLANO (SBN 171057)
  *mmolano@mayerbrown.com*
JOSHUA M. MASUR (SBN 203510)
  *jmasur@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTELLIGRAPHICS, INC.,<br><br>  *Plaintiff and Counterdefendant,*<br><br>  v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>  *Defendant and Counterclaimant.* | Case No. C-07-2499 JCS<br><br>**[PROPOSED] STIPULATED SUPPLEMENTAL SCHEDULING ORDER** |

WHEREAS, the parties have been diligently attempting to complete fact discovery, including document production and depositions of percipient witnesses;

WHEREAS, due to factors including periodic unavailability and convenience of deponents, the parties do not expect to be able to complete fact discovery by the current deadline of August 1, 2008;

WHEREAS, the Court previously *sua sponte* set specific deadlines and dates for dispositive motions and trial, while the parties negotiated and agreed to the other dates in the case schedule;

WHEREAS, in the interests of cooperating to complete discovery without further

1  intervention by the Court, the parties agree that certain deadlines prior to the dispositive motion
2  and trial dates can be deferred without affecting the schedule for dispositive motions and trial
3  that was set by the Court;
4      NOW, THEREFORE, the parties hereby jointly request that the Court order the following
5  case schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| *Fact Discovery* | | |
| Commencement | August 17, 2007 | |
| Discovery motions filed to be heard no later than | July 18, 2008 | September 8, 2008 |
| Close | August 1, 2008 | August 27, 2008 |
| *Expert Discovery* | | |
| Opening expert reports served no later than | August 29, 2008 | September 14, 2008 |
| Rebuttal expert reports served no later than | September 24, 2008 | October 7, 2008 |
| Close | October 16, 2008 | October 24, 2008 |
| *Dispositive Motions* | | |
| Opening briefs filed no later than | November 7, 2008 | |
| Opposition briefs filed no later than | December 5, 2008 | |
| Reply briefs filed no later than | December 19, 2008 | |
| Hearing no later than | January 9, 2009, 9:30 am | |

| Event | Current Date | Proposed Date |
|---|---|---|
| ***Trial*** | | |
| Pretrial Conference | April 3, 2009, 1:30 pm | |
| Trial *(12 days; Monday through Thursday, 8:30 am to 1:30 pm)* | April 20, 2009, 8:30 am | |

Dated: June 17, 2008                    SOMMERS & SCHWARTZ LLP

By: */s/*
    Frank F. Sommers, IV

Attorneys for Plaintiff and Counterdefendant
INTELLIGRAPHICS, INC.


Dated: June 17, 2008                    MAYER BROWN LLP

By: */s/*
    Michael A. Molano

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____        By: _____
    THE HONORABLE JOSEPH C. SPERO
    United States Magistrate Judge