| | |
|---|---|
| SOMMERS & SCHWARTZ LLP | MAYER BROWN LLP |
| ANDREW H. SCHWARTZ (SBN 100210) | MICHAEL A. MOLANO (SBN 171057) |
|   *ahs@sommersschwartz.com* |   *mmolano@mayerbrown.com* |
| FRANK F. SOMMERS, IV (SBN 109012) | JOSHUA M. MASUR (SBN 203510) |
|   *ffs@sommersschwartz.com* |   *jmasur@mayerbrown.com* |
| 550 California Street | Two Palo Alto Square, Suite 300 |
| Sacramento Tower, Suite 700 | 3000 El Camino Real |
| San Francisco, California 94104 | Palo Alto, California 94306-2112 |
| Telephone: (415) 955-0925 | Telephone: (650) 331-2000 |
| Facsimile:  (415) 955-0927 | Facsimile:  (650) 331-2060 |
| Attorneys for Plaintiff and Counterdefendant | Attorneys for Defendant and Counterclaimant |
| INTELLIGRAPHICS, INC. | MARVELL SEMICONDUCTOR, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INTELLIGRAPHICS, INC., <br><br> *Plaintiff and Counterdefendant,* <br><br> v. <br><br> MARVELL SEMICONDUCTOR, INC., <br><br> *Defendant and Counterclaimant.* | Case No. C-07-2499 JCS <br><br> **[PROPOSED] STIPULATED SUPPLEMENTAL SCHEDULING ORDER** |

WHEREAS, the parties have been diligently attempting to complete fact discovery, including document production and depositions of percipient witnesses;

WHEREAS, due to factors including periodic unavailability and convenience of deponents, the parties do not expect to be able to complete fact discovery by the current deadline of August 1, 2008;

WHEREAS, the Court previously *sua sponte* set specific deadlines and dates for dispositive motions and trial, while the parties negotiated and agreed to the other dates in the case schedule;

WHEREAS, in the interests of cooperating to complete discovery without further

1  intervention by the Court, the parties agree that certain deadlines prior to the dispositive motion
2  and trial dates can be deferred without affecting the schedule for dispositive motions and trial
3  that was set by the Court;
4      NOW, THEREFORE, the parties hereby jointly request that the Court order the following
5  case schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| *Fact Discovery* | | |
| Commencement | August 17, 2007 | |
| Discovery motions filed to be heard no later than | July 18, 2008 | September 8, 2008 |
| Close | August 1, 2008 | August 27, 2008 |
| *Expert Discovery* | | |
| Opening expert reports served no later than | August 29, 2008 | September 14, 2008 |
| Rebuttal expert reports served no later than | September 24, 2008 | October 7, 2008 |
| Close | October 16, 2008 | October 24, 2008 |
| *Dispositive Motions* | | |
| Opening briefs filed no later than | November 7, 2008 | |
| Opposition briefs filed no later than | December 5, 2008 | |
| Reply briefs filed no later than | December 19, 2008 | |
| Hearing no later than | January 9, 2009, 9:30 am | |

- 2 -
[PROPOSED] STIPULATED SUPPLEMENTAL SCHEDULING ORDER – CASE NO. C-07-2499 JCS

| Event | Current Date | Proposed Date |
|---|---|---|
| *Trial* | | |
| Pretrial Conference | April 3, 2009, 1:30 pm | |
| Trial *(12 days; Monday through Thursday, 8:30 am to 1:30 pm)* | April 20, 2009, 8:30 am | |

Dated: June 17, 2008              SOMMERS & SCHWARTZ LLP

By: */s/*
    Frank F. Sommers, IV

Attorneys for Plaintiff and Counterdefendant
INTELLIGRAPHICS, INC.

Dated: June 17, 2008              MAYER BROWN LLP

By: */s/*
    Michael A. Molano

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __June 18, 2008__         By: _____
                                   THE HONORABLE JOSEPH C. SPERO
                                   United States Magistrate Judge

- 3 -
[PROPOSED] STIPULATED SUPPLEMENTAL SCHEDULING ORDER – CASE NO. C-07-2499 JCS