# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO. C 07-02499 JCS**

**CASE NAME: INTELLIGRAPHICS INC v. MARVELL SEMICONDUCTOR INC**

**MAGISTRATE JUDGE JOSEPH C. SPERO**      **COURTROOM DEPUTY**: Karen Hom

**DATE**: July 25, 2008      **TIME:** 20 mins      **COURT REPORTER**: Kathy Wyatt

**COUNSEL FOR PLAINTIFF:**      **COUNSEL FOR DEFENDANT:**
Frank Sommers, IV      Michael Molano

---

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Dft's Motion for Summary Judgment on Pleadings on the Sixth Cause of Action [Docket No. 39(redacted)/ Sealed Docket 72] | Submitted |
| 2. Dft's Motion for Partial Summary Judgment [Docket No. 42 (redacted) /Sealed Docket No. 73] | Submitted |
| 3. Further case management conference | Held |

**ORDERED AFTER HEARING:**

Parties shall attend a further mediation or settlement conference before 10/10/8. The parties shall advise the Court by 8/4/8 which method of mediation they prefer, and the name of the mediator.

---

**ORDER TO BE PREPARED BY:**   ( ) Plaintiff   ( ) Defendant   (X) Court

**CASE CONTINUED TO:** 10/10/08 at 9:30 a.m., for a further case mgmt conference.

---

**Number of Depos:**                                      **Discovery Cutoff:**

**Opening Expert Rpts:**      **Expert Rebuttal:**      **Expert Discovery Cutoff:**

**Motions Hearing:**      at 9:30 a.m.                  **Pretrial Conference:** at 1:30 p.m.

**Trial Date:**      at 8:30 a.m. ( )Jury   ( )Court      Set for   days

---

cc:      Chambers; Karen

* (T) = Telephonic Appearance