**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTELLIGRAPHICS, INC,                          No. C 07-02499 JCS

      Plaintiff(s),

                            **FURTHER CASE MANAGEMENT AND**
      v.                                        **PRETRIAL ORDER**

MARVELL SEMICONDUCTOR, INC,

      Defendant(s).
_____/

     Following the further case management conference held on July 25 2008,

     IT IS HEREBY ORDERED THAT:

     1.  The parties shall attend a further mediation or settlement conference by **October 10, 2008.**  The parties shall notify the Court by **August 4, 2008,** which method of mediation they prefer, the name of the mediator, or request a referral to a magistrate judge.

     2.  A further case management conference is set for **October 10, 2008, at 1:30 p.m.**

     IT IS SO ORDERED.

Dated:  July 28, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge