UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELLIGRAPHICS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> MARVELL SEMICONDUCTOR, INC., <br><br> Defendant(s). <br> _____/ | No. C07-2499 JCS <br><br> **ORDER TO FILE UNDER SEAL COURT'S JULY 29, 2008 ORDER RE: 1) MARVELL SEMICONDUCTOR, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS ON THE SIXTH CAUSE OF ACTION (COPYRIGHT) OF THE FIRST AMENDED COMPLAINT; AND 2) MARVELL SEMICONDUCTOR, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON INTELLIGRAPHICS' CLAIM THAT MARVELL FRAUDULENTLY INDUCED INTELLIGRAPHICS TO ENTER AMENDMENT 3  [Docket No. 81]** |

The Court hereby ORDERS that the following order is under Seal: Order Re: 1) Marvell Semiconductor, Inc.'s Motion for Judgment on the Pleadings on the Sixth Cause of Action (Copyright) of the First Amended Complaint; and 2)  Marvell Semiconductor, Inc.'s Motion for Partial Summary Judgment on Intelligraphics' Claim That Marvell Fraudulently Induced Intelligraphics to Enter Amendment 3 [Docket No. 81].  The Court intends to publish the entire opinion in the public record within ten (10) days of the date of this Order.  If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than one week from the date of this Order.

IT IS SO ORDERED.

Dated: July 29, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge