1  MAYER BROWN LLP
   MICHAEL A. MOLANO (SBN 171057)
2      mmolano@mayerbrown.com
   BRANDON BAUM (SBN 121318)
3      baum@mayerbrown.com
   Two Palo Alto Square, Suite 300
4  3000 El Camino Real
   Palo Alto, California 94306-2112
5  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
6
   Attorneys for Defendant and Counterclaimant
7  MARVELL SEMICONDUCTOR, INC.

8
                    **UNITED STATES DISTRICT COURT**
9
                       **NORTHERN DISTRICT**
10
                      **SAN FRANCISCO DIVISION**
11

12 | INTELLIGRAPHICS, INC.,                 | Case No. C-07-2499 JCS

13 |           *Plaintiff and*              | **DECLARATION OF MICHAEL A.
   |           *Counterdefendant,*          | MOLANO ESTABLISHING
14 |                                        | ENTITLEMENT AND PROPOSED
   |      *v.*                              | REDACTIONS TO THE
15 |                                        | COURT'S JULY 29, 2008 ORDER
   | MARVELL SEMICONDUCTOR, INC.,           | [DOCKET NO. 81]**
16
   |           *Defendant and*
17 |           *Counterclaimant.*

18

19

20

21

22

23

24

25

26

27

28

---
DECLARATION OF MOLANO RE PROPOSED REDACTIONS TO DOCKET NO. 81
CASE NO. C-07-2499 JCS

44048787.2

I, Michael A. Molano, hereby declare:

1. I am an attorney admitted to practice in the state of California and before this Court. I am a Partner with the law firm of Mayer Brown LLP, counsel for Defendant and Counterclaimant Marvell Semiconductor, Inc. ("Marvell") in the above-titled action. I make this Declaration based on my own personal knowledge, and could and would testify competently hereto.

2. I make this Declaration as ordered by the Court in the Sealing Order.[1] That Sealing Order ordered any party to submit a Declaration if a party believes that the Court's July 29, 2008 Order [Docket No. 81] ("July 29, 2008 Opinion") contains any confidential information entitled to protection. The Sealing Order requires that any such party shall file with the Court a declaration establishing such entitlement and any proposed redactions.

3. In compliance with the Sealing Order, Marvell submits as Exhibit A attached hereto a copy of the Court's July 29, 2008 Opinion which highlights (in yellow) Marvell's proposed redactions (the highlighted Exhibit A has been delivered to Court chambers only to preserve its confidentiality).

4. Marvell's entitlement to the proposed redactions is based on two factors. First, the provisions of the Software Development and Licensing Agreement ("SDLA") and its Amendments, which are the contracts at issue in this matter include, *inter alia*, competitively sensitive information about Marvell's pricing structure for software development, timing for certain product development (including relevant development milestones and specifications) and technical roadmaps for Marvell's wireless business. Disclosure of such information to the public (that includes competitors or current/future software development vendors) may subject Marvell to a competitive disadvantage. Second, the parties have agreed in the SDLA itself (Section 9.1) that the terms of the SDLA, and even its existence, are confidential. As such, there

---

[1] Docket No. 82 titled "Order To File Under Seal Court's July 29, 2008, Order Re: 1) Marvell Semiconductor, Inc.'s Motion for Judgment on the Pleadings on the Sixth Cause of Action (Copyright) of the First Amended Complaint; and 2) Marvell Semiconductor, Inc.'s Motion for Partial Summary Judgment on Intelligraphics' Claim that Marvell Fraudulently Induced Intelligraphics to Enter Amendment 3 [Docket No. 81]" ("Sealing Order").

1  are contractual obligations between the parties requiring the parties to maintain the SDLA and its
2  terms confidential.

3  5.    Marvell's proposed redactions are narrowly tailored to redact only those quotations from,
4  and paraphrases of, the SDLA that are confidential.

6      I declare under penalty of perjury under the laws of the United States of America that the
7  foregoing is true and correct.

8                              Executed this first day of August, 2008, in Palo Alto,
9  California.

10                              By: _____/s/_____
                              Michael A. Molano

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
DECLARATION OF MOLANO RE PROPOSED REDACTIONS TO DOCKET NO. 81
CASE NO. C-07-2499 JCS

44048787.2

1
2
**Exhibit A**
**Proposed Redactions to Sealed Docket No. 82 Delivered To Court Chambers**

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28