```
1   MAYER BROWN LLP
    MICHAEL A. MOLANO (SBN 171057)
2       mmolano@mayerbrown.com
    BRANDON BAUM (SBN 121318)
3       baum@mayerbrown.com
    Two Palo Alto Square, Suite 300
4   3000 El Camino Real
    Palo Alto, California 94306-2112
5   Telephone: (650) 331-2000
    Facsimile:  (650) 331-2060
6
    Attorneys for Defendant and Counterclaimant
7   MARVELL SEMICONDUCTOR, INC.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INTELLIGRAPHICS, INC., | Case No. C-07-2499 JCS |
| *Plaintiff and Counterdefendant,* | **DEFENDANT AND COUNTERCLAIMANT, MARVELL SEMICONDUCTOR, INC.'S NOTICE OF WITHDRAWAL OF CERTAIN INDIVIDUAL ATTORNEYS AS ATTORNEYS OF RECORD** |
| v. | |
| MARVELL SEMICONDUCTOR, INC., | |
| *Defendant and Counterclaimant.* | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the two attorneys listed immediately below this paragraph, are no longer associated with the law firm of MAYER BROWN LLP, and withdraw their appearances as counsel of record for Marvell Semiconductor, Inc., (**"Marvell"**) in the above-captioned action and request to be removed from receiving any further electronic notifications of filings in this action.

- Shirish Gupta
- Joshua M. Masur

For the foregoing reasons, Marvell respectfully requests that no further orders, pleadings, or other documents be served on any of the above listed attorneys.

-2-

1   The appearances of Mayer Brown LLP, and the other attorneys who have individually
2   entered appearances on behalf of Marvell shall remain in effect and are not affected by this
3   withdrawal. Marvell and all other parties have been notified in writing of this withdrawal.
4   A proposed order is submitted herewith.

Dated: _____

MAYER, BROWN LLP
MICHAEL A. MOLANO

By: \_\_\_/s/_____
Michael A. Molano

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.