1  MAYER BROWN LLP
   MICHAEL A. MOLANO (SBN 171057)
2      *mmolano@mayerbrown.com*
   BRANDON BAUM (SBN 121318)
3      *baum@mayerbrown.com*
   Two Palo Alto Square, Suite 300
4  3000 El Camino Real
   Palo Alto, California 94306-2112
5  Telephone: (650) 331-2000
   Facsimile: (650) 331-2060
6
7  Attorneys for Defendant and Counterclaimant
   MARVELL SEMICONDUCTOR, INC.

8
              **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT**
10
                 **SAN FRANCISCO DIVISION**
11

12  INTELLIGRAPHICS, INC.,                    Case No. C-07-2499 JCS

13         *Plaintiff and*                    **[PROPOSED] ORDER GRANTING
               *Counterdefendant,*            DEFENDANT MARVELL
14                                            SEMICONDUCTOR, INC.'S
       *v.*                                   WITHDRAWAL OF CERTAIN
15                                            INDIVIDUAL ATTORNEYS AS
    MARVELL SEMICONDUCTOR, INC.,              ATTORNEYS OF RECORD**
16
           *Defendant and*
17         *Counterclaimant.*

18

19     Having considered the request of Marvell Semiconductor, Inc. ("Marvell") to allow

20  the two (2) attorneys listed below, to withdraw their appearances as counsel of record for

21  Marvell in this action,

22     • Shirish Gupta

23     • Joshua M. Masur

24     IT IS HEREBY ORDERED that:

25     (1)   Marvell's request is GRANTED;

26     (2)   Shirish Gupta and Joshua M. Masur, are relieved as counsel of record for

27  Marvell;

28  ///

                                          ORDER GRANTING WITHDRAWAL
                                          CASE NO. C-07-2499 JCS

44048824.1

1    (3)    the Clerk of the Court remove the above named attorneys from the service list such
2 that they will not receive any further electronic notifications of filings in this action, and that no
3 further orders, pleadings, or other documents be served on any of the above named attorneys;
4 and

5    (4)    the appearances of the law firm, Mayer Brown LLP, and the other attorneys who
6 have individually entered appearances on behalf of Marvell shall remain in effect and are not
7 affected by this withdrawal.

Dated: _____

By: _____
    Magistrate Judge Joseph C. Spero
    United States District Court

-2-

ORDER GRANTING WITHDRAWAL
CASE NO. C-07-2499 JCS

44048824.1