ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

Writer's Direct Contact:
(415) 522-2059
Claudia_Forehand@cand.uscourts.gov

DATE:  August 5, 2008

TO:            Counsel of Record

FROM:      Claudia M. Forehand
               ADR Case Administrator

RE:            ADR Phone Conference Scheduling Notice
               Intelligraphics, Inc. v. Marvell Semiconductor, Inc.
               C07-2499 JCS MED

    I have received the Stipulation and Order referring this case to Mediation (ADR Local Rule 6) and have scheduled an ADR Phone Conference call for Tuesday, August 12, 2008 at 2:00 p.m. The conference will be conducted by one of the ADR Program's legal staff. Plaintiff's counsel is requested to initiate the call to all participants then call the ADR Phone Conference line 415-522-4603.

    If you are not available at this time, please contact the other participants and provide me with three alternative times everyone is available during the same week. I can be reached by telephone at 415-522-2059 or email Claudia_Forehand@cand.uscourts.gov. Thank you for your attention to this matter.