# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Intelligraphics, Inc.,<br><br>            Plaintiff(s),<br><br>   v.<br><br>Marvell Semiconductor, Inc.,<br><br>            Defendant(s). | 07-02499 JCS MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

        **Karen Boyd**
        650-533-7572
        karen@kiboyd.com

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02499 JCS MED         - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: August 19, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel for Claudia M. Forehand

/s/

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

United States District Court
Northern District of California

**Notice of Appointment of Mediator**
07-02499 JCS MED                    - 2 -