# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 07-02499 JCS**

**CASE NAME:  INTELLIGRAPHICS INC v. MARVELL SEMICONDUCTOR INC**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: August 19, 2008    **TIME**: 20 mins | **COURT REPORTER**: <u>Jim Yeomans</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Frank Sommers *(T) | **COUNSEL FOR DEFENDANT:**<br>Brandon Baum *(T) |

**PROCEEDINGS:**                                                                          **RULING:**

1. Telephonic Discovery Conference re: Jt                                Granted in part,
Letter on Motions to Compel Depos [Docket No. 91]          Denied in part.

___

**ORDERED AFTER HEARING:**

Mr. Lawson's deposition should be set for a second day.  Plaintiff shall answer contention ROGS on categories 1-7 by 9/22/8.  Parties may do follow-up Rule 30(b)(6) depos on categories 1-7 to clarify facts on the contention ROGS.

___

**ORDER TO BE PREPARED BY:**        () Plaintiff      () Defendant       (X) Court

**CASE CONTINUED TO:**

___

**Number of Depos:**                                                   **Discovery Cutoff:**

**Opening Expert Rpts:**         **Expert Rebuttal:**       **Expert Discovery Cutoff:**

**Motions Hearing:**        at 9:30 a.m.                       **Pretrial Conference:**  at 1:30 p.m.

**Trial Date:**         at 8:30 a.m.  ()Jury     ()Court     Set for  days

___

**cc:**       **Chambers; Karen**

* (T) = Telephonic Appearance