SOMMERS & SCHWARTZ LLP
ANDREW H. SCHWARTZ (SBN 100210)
  *ahs@sommersschwartz.com*
FRANK F. SOMMERS, IV (SBN 109012)
  *ffs@sommersschwartz.com*
550 California Street
Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone: (415) 955-0925
Facsimile:  (415) 955-0927

Attorneys for Plaintiff and Counterdefendant
INTELLIGRAPHICS, INC.

MAYER BROWN LLP
MICHAEL A. MOLANO (SBN 171057)
  *mmolano@mayerbrown.com*
BRANDON BAUM (SBN 121318)
  *baum@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INTELLIGRAPHICS, INC.,<br><br>    *Plaintiff and Counterdefendant,*<br><br>    v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>    *Defendant and Counterclaimant.* | Case No. C-07-2499 JCS<br><br>**[PROPOSED] STIPULATED SECOND SUPPLEMENTAL SCHEDULING ORDER** |

WHEREAS, the Court ordered in Docket No. 93 to extend the close of discovery, currently ending on August 27, 2008, to (i) allow Plaintiff Intelligraphics, Inc. ("Intelligraphics') to serve responses to Defendant Marvell Semiconductor, Inc.'s ("Marvell") Second Set of Interrogatories (extended to September 22, 2008 solely for that purpose); (ii) allow a further percipient deposition of Scott Lawson; and (iii) allow a 30(b)(6) deposition on the topics identified by Marvell;

WHEREAS, the Court previously *sua sponte* set specific deadlines and dates for dispositive motions and trial, while the parties negotiated and agreed to the other dates in the

case schedule;

WHEREAS, the Court also previously entered a Stipulated Supplemental Scheduling Order on June 18, 2008 [Docket No. 70] to extend certain fact and expert discovery dates, each such date being extended from two to three weeks or less;

WHEREAS, in the interests of cooperating to complete discovery without further intervention by the Court, the parties agree that certain deadlines prior to the trial dates can be deferred without affecting the schedule for trial that was set by the Court;

NOW, THEREFORE, the parties hereby jointly request that the Court order the following case schedule (where the shaded rows represent changes to the current schedule):

| Event | Current Date | Proposed Date |
|---|---|---|
| **Fact Discovery** | | |
| Commencement | August 17, 2007 | |
| Close (except as noted below) | August 27, 2008 | |
| Discovery motions filed to be heard no later than | September 8, 2008 | |
| Deposition of Ken Wu | | September 11, 2008 |
| Intelligraphics' responses to Marvell's Second Set of Interrogatories served no later than | September 22, 2008 | |
| Marvell's responses to Intelligraphics' Second Set of Interrogatories served no later than | | September 22, 2008 |
| Deposition of Scott Lawson | | September 29, 2008 |
| 30(b)(6) Deposition of Intelligraphics (Lawson topics) | | September 30, 2008 |

- 2 -
[PROPOSED] STIPULATED SECOND SUPPLEMENTAL SCHEDULING ORDER – CASE NO. C-07-2499 JCS

44049326.3

| Event | Current Date | Proposed Date |
|---|---|---|
| 30(b)(6) Deposition of Intelligraphics (Schiefer topics) | | October 14, 2008 |
| *Expert Discovery* | | |
| Opening expert reports served no later than | September 14, 2008 | October 2, 2008 |
| Rebuttal expert reports served no later than | October 7, 2008 | October 17, 2008 |
| Depositions of all experts to be completed between (and including both end dates) | | October 27, 2008- November 1, 2008 |
| Close | October 24, 2008 | November 1, 2008 |
| *Dispositive Motions* | | |
| Opening briefs filed no later than | November 7, 2008 | November 12, 2008 |
| Opposition briefs filed no later than | December 5, 2008 | December 10, 2008 |
| Reply briefs filed no later than | December 19, 2008 | December 24, 2008 |
| Hearing no later than | January 9, 2009, 9:30 am | |

- 3 -

[PROPOSED] STIPULATED SECOND SUPPLEMENTAL SCHEDULING ORDER – CASE NO. C-07-2499 JCS

44049326.3

| *Trial* | | |
|---|---|---|
| Pretrial Conference | April 3, 2009, 1:30 pm | |
| Trial *(12 days; Monday through Thursday, 8:30 am to 1:30 pm)* | April 20, 2009, 8:30 am | |

Dated: September 11, 2008            SOMMERS & SCHWARTZ LLP

                                     By: */s/*
                                         Frank F. Sommers, IV

                                     Attorneys for Plaintiff and Counterdefendant
                                     INTELLIGRAPHICS, INC.


Dated: September 11, 2008            MAYER BROWN LLP

                                     By: */s/*
                                         Michael A. Molano

                                     Attorneys for Defendant and Counterclaimant
                                     MARVELL SEMICONDUCTOR, INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____        By: _____
                                        THE HONORABLE JOSEPH C. SPERO
                                        United States Magistrate Judge

- 4 -
[PROPOSED] STIPULATED SECOND SUPPLEMENTAL SCHEDULING ORDER – CASE NO. C-07-2499 JCS

44049326.3