| | |
|---|---|
| 1 | Andrew Schwartz (State Bar No. 100210) |
|   | Frank Sommers (State Bar No. 109012) |
| 2 | **SOMMERS & SCHWARTZ LLP** |
|   | 550 California Street |
| 3 | Sacramento Tower, Suite 700 |
|   | San Francisco, CA 94104 |
| 4 | Telephone: (415) 955-0925 |
|   | Facsimile: (415) 955-0927 |
| 5 | |
|   | Attorneys for Plaintiff Intelligraphics, Inc. |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INTELLIGRAPHICS, INC., | | Case No. C-07-2499 JCS |
| | Plaintiff and Counterdefendant, | **STIPULATION RE RESCHEDULING DEPOSITION OF SCOTT LAWSON AND INTELLIGRAPHICS, INC.** |
| vs. | | |
| MARVELL SEMICONDUCTOR, INC., | | |
| | Defendant and Counterclaimant. | |

The undersigned parties hereby stipulate to reschedule the depositions of Scott Lawson and Intelligraphics, Inc. previously ordered for September 29 and 30, 2008, respectively, to October 7 and 8, 2008. The rescheduling is necessary because the deponent's spouse recently underwent emergency cancer surgery and developed post-operative complications.

//
//
//
//
//
//
//

STIPULATION RE RESCHEDULING DEPOSITIONS
CASE NO. C-07-2499 JCS

PADB01 44049924.1 07015645

| | | | |
|---|---|---|---|
|1| DATED**:** | September 29, 2008 | SOMMERS & SCHWARTZ LLP |
|2| | | |
|3| | | By:___/s/ Frank F. Sommers_____ |
| | | | Frank Sommers |
|4| | | Attorneys for Plaintiff |
|5| DATED: | September 29, 2008 | MAYER BROWN LLP |
|6| | | By:___/s/Brandon Baum_____ |
|7| | | Brandon Baum |
| | | | Attorneys for Defendant |

**IT IS SO ORDERED**

DATE:   September 29, 2008

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed, Judge Joseph C. Spero]