SOMMERS & SCHWARTZ LLP
ANDREW H. SCHWARTZ (SBN 100210)
  ahs@sommersschwartz.com
FRANK F. SOMMERS, IV (SBN 109012)
  ffs@sommersschwartz.com
550 California Street
Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone: (415) 955-0925
Facsimile:  (415) 955-0927

Attorneys for Plaintiff and Counterdefendant
INTELLIGRAPHICS, INC.

MAYER BROWN LLP
MICHAEL A. MOLANO (SBN 171057)
  mmolano@mayerbrown.com
BRANDON BAUM (SBN 121318)
  baum@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INTELLIGRAPHICS, INC.,<br><br>*Plaintiff and Counterdefendant,*<br><br>v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>*Defendant and Counterclaimant.* | Case No. C-07-2499 JCS<br><br>[PROPOSED] STIPULATED THIRD SUPPLEMENTAL SCHEDULING ORDER |

WHEREAS, the Court ordered in Docket No. 93 to extend the close of discovery, currently ending on August 27, 2008, to (i) allow Plaintiff Intelligraphics, Inc. ("Intelligraphics') to serve responses to Defendant Marvell Semiconductor, Inc.'s ("Marvell") Second Set of Interrogatories (extended to September 22, 2008 solely for that purpose); (ii) allow a further percipient deposition of Scott Lawson; and (iii) allow a 30(b)(6) deposition on the topics identified by Marvell;

WHEREAS, the Court previously *sua sponte* set specific deadlines and dates for dispositive motions and trial, while the parties negotiated and agreed to the other dates in the

1 case schedule;

2     WHEREAS, for the convenience of the parties and experts, the parties have agreed to
3 take the expert deposition of Nikolaus Baer on November 7, 2008, after the current close of
4 expert discovery set for November 1, 2008;

5     WHEREAS, in the interests of cooperating to complete discovery without further
6 intervention by the Court, the parties agree that certain deadlines prior to the trial dates can be
7 deferred without affecting the schedule for trial that was set by the Court;

8     NOW, THEREFORE, the parties hereby jointly request that the Court order the following
9 case schedule (where the shaded rows represent changes to the current schedule):

| Event | Current Date | Proposed Date |
|---|---|---|
| **Fact Discovery** | | |
| Commencement | August 17, 2007 | |
| Close (except as noted below) | August 27, 2008 | |
| Discovery motions filed to be heard no later than | September 8, 2008 | |
| Deposition of Ken Wu | September 11, 2008 | |
| Intelligraphics' responses to Marvell's Second Set of Interrogatories served no later than | September 22, 2008 | |
| Marvell's responses to Intelligraphics' Second Set of Interrogatories served no later than | September 22, 2008 | |
| Deposition of Scott Lawson | September 29, 2008 | |
| 30(b)(6) Deposition of Intelligraphics (Lawson topics) | September 30, 2008 | |

- 2 -
[PROPOSED] STIPULATED THIRD SUPPLEMENTAL SCHEDULING ORDER – CASE NO. C-07-2499 JCS

44050510.1

| Event | Current Date | Proposed Date |
|---|---|---|
| 30(b)(6) Deposition of Intelligraphics (Schiefer topics) | October 14, 2008 | |
| *Expert Discovery* | | |
| Opening expert reports served no later than | October 2, 2008 | |
| Rebuttal expert reports served no later than | October 17, 2008 | |
| Depositions of all experts to be completed between (and including both end dates) | October 27, 2008- November 1, 2008 | |
| Close (excluding Deposition of Nikolaus Baer to be taken November 7, 2008) | November 1, 2008 | |
| Deposition of Nikolaus Baer | | November 7, 2008 |
| *Dispositive Motions* | | |
| Opening briefs filed no later than | November 12, 2008 | |
| Opposition briefs filed no later than | December 10, 2008 | |
| Reply briefs filed no later than | December 24, 2008 | |
| Hearing no later than | January 23, 2009, 9:30 am | |

| *Trial* | | |
|---|---|---|
| Pretrial Conference | April 3, 2009, 1:30 pm | |
| Trial *(12 days; Monday through Thursday, 8:30 am to 1:30 pm)* | April 20, 2009, 8:30 am | |

Dated: October 31, 2008         SOMMERS & SCHWARTZ LLP

By: */s/*_____
      Frank F. Sommers, IV

Attorneys for Plaintiff and Counterdefendant
INTELLIGRAPHICS, INC.

Dated: October 31, 2008         MAYER BROWN LLP

By: */s/*_____
      Michael A. Molano

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 3, 2008          By: _____
                                              THE HONORABLE JOSEPH C. SPERO
                                              United States Magistrate Judge

- 4 -
[PROPOSED] STIPULATED THIRD SUPPLEMENTAL SCHEDULING ORDER – CASE NO. C-07-2499 JCS

44050510.1