1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MAYER BROWN LLP
MICHAEL A. MOLANO (SBN 171057)
   *mmolano@mayerbrown.com*
BRANDON BAUM (SBN 121318)
   *baum@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INTELLIGRAPHICS, INC., | Case No. C-07-2499 JCS |
|         *Plaintiff and Counterdefendant,* | **CONSENT DECREE AND ORDER OF FINAL ADJUDICATION** |
|   *v.* | |
| MARVELL SEMICONDUCTOR, INC., | |
|         *Defendant and Counterclaimant.* | |

## CONSENT DECREE AND ORDER OF FINAL ADJUDICATION

This matter having come before the Court and it being represented that Plaintiff Intelligraphics, Inc. and Defendant Marvell Semiconductor, Inc. have reached agreement regarding a consent decree adjudicating Intelligraphics' Sixth Cause of Action (Copyright Infringement under 17 U.S.C. § 101 *et seq*.) as it relates to Advanced Roaming Software:

Based upon the agreement, consent, and approval of the parties, IT IS HEREBY ORDERED AND ADJUDGED that:

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   On May 9, 2007, Intelligraphics filed a Complaint against Marvell.  The Sixth Cause of Action in the Complaint is titled "Copyright Infringement under 17 U.S.C. § 101 *et seq*." (the "Copyright Claim").  The Copyright Claim alleges that Marvell infringed Intelligraphics' exclusive rights under the copyright law of the United States for two distinct works, namely the (1) Motorola Project code; and (2) Advanced Roaming Software.

3.   On June 19, 2007, Intelligraphics filed a First Amended Complaint.  The Sixth Cause of Action in the First Amended Complaint re-alleges the Copyright Claim with regard to the same two works.

4.   Marvell does not infringe and has not infringed any of Intelligraphics' exclusive rights under the copyright law of the United States, 17 U.S.C. § 101 *et seq*., with regard to the Advanced Roaming Software alleged to infringe in the Copyright.

IT IS SO ORDERED.

Dated:  11/12/08 _____

By: _____
THE HO_____RO
United St___

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -

1

2

3     Dated: November 10, 2008                MAYER BROWN LLP

4

5                                            By: /s/_____
                                                 Michael A. Molano

6
                                             Attorneys For Defendant and Counterclaimant
7                                            MARVELL SEMICONDUCTOR, INC.

8

9     Dated: November 10, 2008                SOMMERS & SCHWARZ LLP

10

11                                           By: /s/_____
                                                 Andrew Schwartz

12
                                             Attorneys For Plaintiff and Counterdefendant
13                                           INTELLIGRAPHICS, INC.

14

15    *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), the filer hereby attests that
      the signatory's concurrence in the filing of this document has been obtained.*

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
CONSENT DECREE AND ORDER OF FINAL ADJUDICATION – NO. C-07-2499 JCS

44050642.3