| | |
|---|---|
| 1 | Andrew Schwartz (State Bar No. 100210) |
| | Frank Sommers (State Bar No. 109012) |
| 2 | **SOMMERS & SCHWARTZ LLP** |
| | 550 California Street |
| 3 | Sacramento Tower, Suite 700 |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 955-0925 |
| | Facsimile: (415) 955-0927 |
| 5 | |
| 6 | Attorneys for Plaintiff Intelligraphics, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INTELLIGRAPHICS, INC., | | Case No. C-07-2499 JCS |
| | Plaintiff and Counterdefendant, | ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE FOLLOWING DOCUMENTS IN SUPPORT OF MOTION BY INTELLIGRAPHICS FOR SUMMARY ADJUDICATION THAT MARVELL MAY NOT RECOVER LOST PROFITS FROM LOST SALES PURSUANT TO ITS BREACH OF CONTRACT AND FRAUD COUNTERCLAIMS: |
| vs. | | |
| MARVELL SEMICONDUCTOR, INC., | | |
| | Defendant and Counterclaimant. | |
| | | (1) INTELLIGRAPHICS MEMORANDUM OF POINTS AND AUTHORITIES; |
| | | (2) INTELLIGRAPHICS SEPARATE STATEMENT OF UNDISPUTED FACTS; |
| | | (3) DECLARATION OF FRANK F. SOMMERS, EXHIBITS A, J, K, M, N, P & S-Z |
| | | DECLARATION OF ANDREW SCHWARTZ |
| | | [PROPOSED] ORDER |
| | | [CIV.L.R. 79-5 ( c )] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

-1-

**PLEASE TAKE NOTICE THAT**, pursuant to Civil L.R. 7-11 and 79-5©), Plaintiff Intelligraphics, Inc. respectfully submits this Administrative Motion to File Under Seal the Proposed Sealed Versions of (A) Intelligraphics Memorandum of Points and Authorities In Support of Motion For Summary Adjudication That Marvell May Not Recover Lost Profits From Lost Sales Pursuant to Its Breach of Contract and Fraud Counterclaims; (B) Intelligraphics Separate Statement of Facts In Support of Motion For Summary Adjudication That Marvell May Not Recover Lost Profits From Lost Sales Pursuant to Its Breach of Contract and Fraud Counterclaims; In EXHIBITS A, J, K, M, N, P, & S-Z TO THE DECLARATION OF FRANK SOMMERS; and ( C ) Declaration of Frank. F. Sommers, Exhibits A, J, K, M, N, P & S-Z.

In addition, pursuant to Civil Local Rule 79-5©), Intelligraphics has served and caused to be lodged with this Court two copies of the Proposed Sealed Versions. Intelligraphics is filing sealed public versions of the Proposed Sealed Versions electronically.

Although not dispositive, Intelligraphics notes that this Court has previously granted Marvell's motions to seal its filing containing the same type of confidential information sealed here. See docket Nos. 13, 18, and 51.

Marvell has consistently claimed that all of the information redacted from the documents sought to be filed under seal herein constitute protected trade secrets eligible for sealing under Civil Local Rule 79-5©).

THEREFORE, Intelligraphics respectfully seeks leave pursuant to Rule 79-5©) to file under seal the Proposed Sealed Versions.

DATED: November 12, 2008    SOMMERS & SCHWARTZ LLP

By  */s/ Andrew Schwartz*
    Attorneys for Plaintiff and Cross-Defendant,
    Intelligraphics, Inc.

DECLARATION OF ANDREW SCHWARTZ

1. I am an attorney licensed to practice in the state of California and before this court. I am a member of Sommers & Schwartz LLP, counsel for IGX in the above-titled action. I make this declaration, as required by Civ. L.R. 79-5 9 ( c )(1), in support of IGX's Administrative Motion to File Under Seal the Proposed Sealed Versions of (A) Intelligraphics Memorandum of Points and Authorities In Support of Motion For Summary Adjudication That Marvell May Not Recover Lost Profits From Lost Sales Pursuant to Its Breach of Contract and Fraud Counterclaims; (B) Intelligraphics Separate Statement of Facts In Support of Motion For Summary Adjudication That Marvell May Not Recover Lost Profits From Lost Sales Pursuant to Its Breach of Contract and Fraud Counterclaims; and ( C ) Declaration of Frank. F. Sommers, Exhibits A, J, K, M, N, P & S-Z. (collectively, the Proposed Sealed Versions), filed herewith. I make this declaration based on my own personal knowledge, and could and would testify competently hereto if called upon to do so.

2. Marvell has declared sections of the entirety of the depositions or deposition exhibits set forth in Exhibits A, J, K, M, N, P & S-Z to the Declaration of Frank F. Sommers to be Highly Confidential and to constitute protected trade secrets eligible for sealing under LR 79-5 ( c ).

3. As counsel for Intelligraphics, I have further determined that, based on the trade secret declarations by Marvell as to documents discussed in paragraph 2 herein, specific sections of Intelligraphics Memorandum of Points and Authorities In Support of Motion For Summary Adjudication That Marvell May Not Recover Lost Profits From Lost Sales Pursuant to Its Breach of Contract and Fraud Counterclaims, which characterize or quote said exhibits must be treated as highly confidential trade secrets eligible for seal under LR 79-05 ( c ).

4. Further, as counsel for Intelligraphics, I have determined that, based on the trade secret declarations by Marvell as to documents discussed in paragraph 2 herein, specific sections of Intelligraphics Separate Statement of Facts In Support of Motion For Summary Adjudication That Marvell May Not Recover Lost Profits From Lost Sales Pursuant to Its Breach of Contract and Fraud Counterclaims, which characterize or quote said exhibits must also be treated as highly confidential trade secrets eligible for seal under LR 79-5 ( c ).

5.      For these reasons, IGX submits all of the documents called out in paragraphs 2, 3 and 4 herein to the Court under seal and seeks that they be treated as such.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of November, 2008, in San Francisco, California

_____
Andrew Schwartz

1  **[PROPOSED] ORDER**

3  Having considered all the papers submitted in support of the Administrative Motion to File Under Seal the Proposed Versions of (A) Intelligraphics Memorandum of Points and Authorities In Support of Motion For Summary Adjudication That Marvell May Not Recover Lost Profits From Lost Sales Pursuant to Its Breach of Contract and Fraud Counterclaims; (B) Intelligraphics Separate Statement of Facts In Support of Motion For Summary Adjudication That Marvell May Not Recover Lost Profits From Lost Sales Pursuant to Its Breach of Contract and Fraud Counterclaims; and © ) Declaration of Frank. F. Sommers, Exhibits A, J, K, M, N, P & S-Z filed herewith. (collectively, the Proposed Sealed Versions)(collectively, the "Proposed Sealed Versions"), and finding good cause,

IT IS HEREBY ORDERED that the Motion is GRANTED. The Proposed Sealed Versions are hereby filed under seal.

IT IS SO ORDERED.

Dated: __November 17___, 2008    By: _____
                                     THE HON. JOSEPH C. SPERO
                                     UNITED STATES MAGISTRATE JUDGE

24  S:\Intelligraphics\Marvell\summary judgment motions Nov\Public Version\admin motion to file under seal.wpd