| SOMMERS & SCHWARTZ LLP | MAYER BROWN LLP |
|---|---|
| Andrew Schwartz (SBN 100210) | Michael A. Molano (SBN 171057) |
| ahs@sommersschwartz.com | mmolano@mayerbrown.com |
| 550 California Street | Brandon Baum (SBN 121318) |
| Sacramento Tower, Suite 700 | bbaum@mayerbrown.com |
| San Francisco, CA 94104 | Two Palo Alto Square, Suite 300 |
| Telephone: (415) 955-0925 | 3000 El Camino Real |
| Facsimile: (415) 955-0927 | Palo Alto. California 94306-2112 |
| | Telephone: (650) 331-2000 |
| | Facsimile: (650) 331-2060 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| and Counterdefendant | and Counterclaimant |
| Intelligraphics, Inc. | Marvel Semiconductor, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELLIGRAPHICS, INC<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>MARVELL SEMICONDUCTOR, INC.<br><br>Defendant and Counterclaimant. | Case No. C-07-2499 JCS<br><br>**[PROPOSED] STIPULATED SCHEDULING ORDER RE: MARVELL SEMICONDUCTOR, INC.'S MOTION FOR SANCTIONS** |

WHEREAS the Court ordered in Docket No. 107 that the deposition of Nikolous Baer to be taken on November 7, 2008, after the then current close of expert discovery on November 1, 2008;

WHEREAS the Court previously *sua sponte* set specific deadlines and dates for dispositive motions and trial, while the parties negotiated and agreed to the other dates in the case schedule;

WHEREAS the proposed rescheduling of the hearing date of Marvell Semiconductor, Inc's ("Marvell's") Motion for Sanctions, and the times for filing and service of the Opposition and Reply thereto will not affect the schedule for trial that was set by this Court; and

WHEREAS counsel for Plaintiff chiefly involved in the discovery matters at issue in the subject motion, Frank F. Sommers, is now completing a long scheduled teaching assignment in

Tomsk, the Russian Federation, and has requested the subject rescheduling of the hearing and Opposition dates to facilitate his ability to properly respond to the motion and also complete his teaching assignment;

WHEREAS, in the interests of cooperating to defer the subject motion schedule without further intervention by the Court, the parties agree that the hearing date and time for filing and service of the Opposition to the subject motion and Reply can be deferred without affecting the schedule for trial that was set by this court;

NOW, THEREFORE, the parties hereby jointly request that the Court order the following case schedule (where the bolded rows represent changes to the current schedule);

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| *Fact Discovery* | | |
| Commencement | August 17, 2007 | |
| Close (except as noted) | August 27, 2008 | |
| Discovery motions to be heard no later than | September 8, 2008 | |
| Deposition of Ken Wu | September 11, 2008 | |
| Intelligraphics' responses to Marvell's SecondSet of Interrogatories served no later than | September 22, 2008 | |
| Marvell's responses to Intelligraphics' Second Set of Interrogatories served no later than | September 22, 208 | |
| Deposition of Scott Lawson | September 29, 2008 | |
| 30(b)(6) Deposition of Intelligraphics (Lawson topics) | September 30, 2008 | |
| 30(b)(6) Deposition of Intelligraphics (Schiefer topics) | October 14, 2008 | |
| *Expert Discovery* | | |

[~~PROPOSED~~] STIPULATED
SCHEDULING ORDER RE: MARVELL SEMICONDUCTOR, INC.'S MOTION FOR SANCTIONS

-2-

| | | |
|---|---|---|
| Opening expert reports served no later than | October 2, 2008 | |
| **EVENT** | | |
| Rebuttal expert reports served no later than | October 17, 2008 | |
| Depositions of all experts to be completed between (and including both end dates) | October 27. 2008 - November 1, 2008 | |
| Close (excluding Deposition of Nikolaus Baer to be taken November 7, 2008 | November 1, 2008 | |
| Deposition of Nikolaus Baer | November 7, 2008 | |
| *Marvell Motion for Sanctions* | | |
| **Opening brief filed** | **October 31, 2008** | |
| **Opposition brief filed no later than** | **November 14, 2008** | **November 28, 208** |
| **Reply brief filed no later than** | **November 21, 2008** | **December 5, 2008** |
| **Hearing date** | **December 5, 2008** | ~~**December 19, 2008**~~ 1/23/09 |
| *Dispositive Motions* | | |
| Opening briefs filed no later than | November 12, 2008 | |
| Opposition briefs filed no later than | December 10, 2008 | |
| Reply briefs filed no later than | December 24, 2008 | |
| Hearing no later than | January 23, 2009, 9:30 am | |

DATED: November 14, 2008         SOMMERS & SCHWARTZ LLP


By __/s/ Andrew Schwartz_____
    Andrew Schwartz
    Attorneys for Plaintiff and CounterDefendant
    Intelligraphics, Inc.

– 4 –

DATED: November 14, 2008                                        MAYER BROWN LLP


                                                    By  ___*/s/Michael A. Molano*___
                                                            Michael A. Molano
                                                            Attorneys for Defendant and CounterPlaintiff
                                                            Marvell Semiconductor, Inc.


*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained:*


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  11/17/08

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

CS:\Intelligraphics\Marvell\Motions\Marvell motion for sanctions 10 31 08\Spero Stip Mot Sanctions.wpd

[PROPOSED] STIPULATED
SCHEDULING ORDER RE: MARVELL SEMICONDUCTOR, INC.'S MOTION FOR SANCTIONS

– 4 –