1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   MICHAEL A. MOLANO (SBN 171057)
2     mmolano@sheppardmullin.com
   990 Marsh Road
3  Menlo Park, California 94025-1949
   Telephone:    (650) 815-2600
4  Facsimile:    (650) 815-2601

5  Attorneys for Defendant and Counterclaimant
   MARVELL SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| INTELLIGRAPHICS, INC., | Case No. C-07-2499 JCS |
| *Plaintiff and Counterdefendant,* | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| v. | |
| MARVELL SEMICONDUCTOR, INC., | |
| *Defendant and Counterclaimant.* | |

- 1 -
CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY - CASE NO. C-07-2499 JCS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Notice is hereby given that, subject to approval by the Court, Defendant and Counterclaimant, Marvell Semiconductor, Inc., hereby substitutes its counsel of record in this litigation as follows.

<u>Former Counsel</u>

Mayer Brown LLP, with offices at Two Palo Alto Square, Suite 300, 3000 El Camino Real, Palo Alto, California 94306, including the following attorney associated with that firm that has appeared in this action: Brandon Baum (SBN 121318).

<u>New Counsel</u>

Sheppard, Mullin, Richter & Hampton LLP, with offices at 990 Marsh Road, Menlo Park, California 94025 and Four Embarcadero Center, Seventeenth Floor, San Francisco, California 94111, including the following individual attorney associated with that firm: Michael A. Molano (SBN 171057).

The undersigned consent to the substitution.

Dated: January 7, 2009    MARVELL SEMICONDUCTOR, INC.

By: /s/
    Janine Bloch

Senior Managing Counsel
MARVELL SEMICONDUCTOR, INC.

Dated: January 7, 2009    MAYER BROWN LLP

By: /s/
    Brandon Baum

Former Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

Dated: January 7, 2009        SHEPPARD, MULLIN, RICHTER & HAMPTON  LLP

By: /s/
    Michael A. Molano

New Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

The Substitution of Attorney is hereby approved and so ORDERED.

Dated: January __7__, 2009

By: _____
    The Honorable
    United States

*(Seal: United States District Court, Northern District of California — Judge Joseph C. Spero)*

- 3 -
CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY - CASE NO. C-07-2499 JCS