UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELLIGRAPHICS INC, | Case No. C07-02499 JCS |
| Plaintiff(s), | |
| v. | **ORDER TO FILE UNDER SEAL COURT'S JANUARY 28, 2009 ORDERS [Docket Nos. 221 and 222]** |
| MARVELL SEMICONDUCTOR INC, | |
| Defendant(s). | |

The Court hereby ORDERS that the following Orders shall be filed Under Seal: Order re: Summary Judgment Motions [Docket No. 222] and Order re: Motion for Sanctions [Docket No.221 ]. The Court intends to publish both opinions in the public record within ten (10) days of the date of this Order. If any party believes that the Court's opinions contain any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than **February 4, 2009.**

IT IS SO ORDERED.

Dated: January 28, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge