**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELLIGRAPHICS INC,<br><br>    Plaintiff(s),<br><br>    v.<br><br>MARVELL SEMICONDUCTOR INC,<br><br>    Defendant(s). | Case No. C07-02499 JCS<br><br>**ORDER TO FILE UNDER SEAL COURT'S AMENDED JANUARY 29, 2009 ORDER RE: MOTION FOR SANCTIONS [Docket No. 226]** |

The Court hereby ORDERS that the following Amended Order re: Motion for Sanctions [Docket No.226] shall be filed Under Seal. The Court intends to publish the entire opinion in the public record within ten (10) days of the date of this Order. If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than **February 4, 2009.**

IT IS SO ORDERED.

Dated: January 29, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge