**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6  INTELLIGRAPHICS INC,                    Case No.  C07-02499 JCS
7             Plaintiff(s),
                                           **ORDER TO UNSEAL COURT'S**
8        v.                                **AMENDED JANUARY 29, 2009 ORDER**
                                           **RE: MOTION FOR SANCTIONS  [Docket**
9  MARVELL SEMICONDUCTOR INC,              **No. 226]**
10            Defendant(s).
   _____/
11
12        There being no redactions submitted by either party as to the Amended January 29, 2009
13  Order Re: Motion for Sanctions, IT IS HEREBY ORDERED that the Amended Order re: Motion for
14  Sanctions, docket no. 226, shall be UNSEALED to be published in its entirety in the public record.
15        IT IS SO ORDERED.
16
17  Dated:  February 9, 2009
18                                         _____
                                           JOSEPH C. SPERO
19                                         United States Magistrate Judge
20
21
22
23
24
25
26
27
28