SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
MICHAEL A. MOLANO, Cal. Bar No. 171057
990 Marsh Road
Menlo Park, California 94025
Telephone: 650-815-2600
Facsimile: 650-815-2601
Email: mmolano@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: patkinspattenson@sheppardmullin.com
       nbruno@sheppardmullin.com

Attorneys for Defendant and Counterclaimant
MARVELL SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| INTELLIGRAPHICS, INC., *Plaintiff and Counterdefendant*, v. MARVELL SEMICONDUCTOR, INC., *Defendant and Counterclaimant*. | Case No. C-07-2499-JCS **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE, AND [PROPOSED] ORDER THEREON** Honorable Joseph C. Spero United States Magistrate Judge Courtroom A, 15th Floor Complaint Filed: May 9, 2007 Trial Date: April 20, 2009 |

W02-WEST:6NB1\401415460.1
Case No. C-07-2499-JCS

1

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE, AND [PROPOSED] ORDER THEREON

1     Plaintiff and Counterdefendant Intelligraphics, Inc. and Defendant and Counterclaimant Marvell Semiconductor, Inc., by and through their respective attorneys of record, hereby stipulate, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to the dismissal of this entire action with prejudice, each side to bear its own attorneys' fees and costs.

DATED: March 13, 2009

SOMMERS & SCHWARTZ LLP

By     */s/ Frank F. Sommers*
    Frank F. Sommers
    Attorneys for Plaintiff and Counterdefendant
    INTELLIGRAPHICS, INC.

DATED: March 13, 2009

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By     */s/ Michael A. Molano*
    Michael A. Molano
    Attorneys for Defendant and Counterclaimant
    MARVELL SEMICONDUCTOR, INC.

### E-FILING ATTESTATION

    As the attorney e-filing this document, and pursuant to General Order No. 45, I hereby attest that the attorneys whose electronic signatures appear above have concurred in the filing of this document.

DATED: March 13, 2009

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By     */s/ Nathaniel Bruno*
    Nathaniel Bruno
    Attorneys for Defendant and Counterclaimant
    MARVELL SEMICONDUCTOR, INC.

1 **ORDER**

3   IT IS SO ORDERED.

6 Dated: ___March 13, 2009_____

_____
The Honorable Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

-3-

W02-WEST:6NB1\401415460.1
Case No. C-07-2499-JCS

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE, AND [PROPOSED] ORDER THEREON